ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02743-MHP

Brauch et al v. Intel Corporation  
Assigned to: Hon. Marilyn H. Patel  
Demand: $0  
Cause: 15:2 Antitrust Litigation

Date Filed: 07/05/2005  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Michael Brauch**  
*a resident of San Francisco*

represented by **Michael P. Lehmann**  
The Furth Firm LLP  
225 Bush Street, 15th Floor  
San Francisco, CA 94104-4249  
415/433-2070  
Fax: 415/982-2076  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alex C. Turan**  
The Furth Firm LLP  
225 Bush Street  
15th Floor  
San Francisco, CA 94104-4249  
415/433-2070  
Fax: 415/982-2076  
Email: aturan@furth.com  
*ATTORNEY TO BE NOTICED*

**Frederick P. Furth**  
The Furth Firm LLP  
Furth Building  
225 Bush Street, 15th Floor  
San Francisco, CA 94104-4249  
415/433-2070  
Fax: 415/982-2076  
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**  
The Furth Firm LLP  
225 Bush Street, 15th Floor  
San Francisco, CA 94104-4249  
415/433-2070  
Fax: 415/982-2076  
Email: tdove@furth.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Meimes**
*a resident of New York, and on behalf of themselves & all others similarly situated*

represented by **Michael P. Lehmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex C. Turan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick P. Furth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**
*a Delaware corporation*

represented by **Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher B. Hockett**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: chris.hockett@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/05/2005 | 1 | CLASS ACTION COMPLAINT & Jury Trial Demanded - [Summons Issued] against Intel Corporation,[Filing Fee: $250.00, Receipt Number 3374020]. Filed by Plaintiffs Michael Brauch & Andrew Meimes. (tn, COURT STAFF) (Filed on 7/5/2005) Modified on 7/8/2005 (tn, COURT STAFF). Additional attachment(s) added on 10/21/2005 (gba, COURT STAFF). (Entered: 07/07/2005) |
| | | |

| 07/05/2005 | | Summons Issued as to Intel Corporation. (tn, COURT STAFF) (Filed on 7/5/2005) (Entered: 07/07/2005) |
|---|---|---|
| 07/05/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 10/31/2005 & Initial Case Management Conference set for 11/7/2005 04:00 PM. (Attachments: # 1).(tn, COURT STAFF) (Filed on 7/5/2005) (Entered: 07/07/2005) |
| 07/05/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/07/2005) |
| 07/07/2005 | 3 | AMENDMENT TO COMPLAINT Filed by Plaintiffs Michael Brauch & Andrew Meimes. (tn, COURT STAFF) (Filed on 7/7/2005) Additional attachment(s) added on 10/21/2005 (gba, COURT STAFF). (Entered: 07/08/2005) |
| 07/12/2005 | 4 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/12/2005) (Entered: 07/12/2005) |
| 07/12/2005 | 5 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 4 Notice (Other) (Turan, Alex) (Filed on 7/12/2005) (Entered: 07/12/2005) |
| 07/13/2005 | 6 | NOTICE OF RECUSAL. Magistrate Judge Bernard Zimmerman recused.. Signed by Magistrate Judge Bernard Zimmerman on 7/13/2005. (bzsec, COURT STAFF) (Filed on 7/13/2005) (Entered: 07/13/2005) |
| 07/13/2005 | 7 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/13/2005) (Entered: 07/13/2005) |
| 07/13/2005 | 8 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 7 Notice (Other) (Turan, Alex) (Filed on 7/13/2005) (Entered: 07/13/2005) |
| 07/14/2005 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Samuel Conti for all further proceedings Magistrate Judge Bernard Zimmerman no longer assigned to case.. Signed by Executive Committee on 07/14/05. (mab, COURT STAFF) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/14/2005 | 10 | NOTICE by Michael Brauch, Andrew Meimes *Of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/14/2005 | 11 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 10 Notice (Other) *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/14/2005) (Entered: 07/14/2005) |
| 07/18/2005 | 12 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/18/2005) (Entered: 07/18/2005) |
| 07/18/2005 | 13 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes *of Notice of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/18/2005) (Entered: 07/18/2005) |
| | | |

| | | |
|---|---|---|
| 07/25/2005 | 14 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/25/2005) (Entered: 07/25/2005) |
| 07/25/2005 | 15 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 14 Notice (Other) *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/25/2005) (Entered: 07/25/2005) |
| 07/26/2005 | 16 | NOTICE by Michael Brauch, Andrew Meimes *Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/26/2005) (Entered: 07/26/2005) |
| 07/26/2005 | 17 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 16 Notice (Other) *Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/26/2005) (Entered: 07/26/2005) |
| 07/27/2005 | 18 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 19 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/28/2005 | 20 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/28/2005 | 21 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 20 Notice (Other) (Turan, Alex) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 22 | STIPULATION re 1 Complaint, *To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 07/29/2005 | 23 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 07/29/2005 | 24 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 23 Notice (Other) (Turan, Alex) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/05/2005 | 25 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/5/2005) (Entered: 08/05/2005) |
| 08/05/2005 | 26 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 25 Notice (Other) *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/5/2005) (Entered: 08/05/2005) |

| | | |
|---|---|---|
| 08/23/2005 | 27 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/23/2005) (Entered: 08/23/2005) |
| 08/23/2005 | 28 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 27 Notice (Other) *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/23/2005) (Entered: 08/23/2005) |
| 08/24/2005 | 29 | NOTICE by Michael Brauch, Andrew Meimes *Amendment to Notice of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/24/2005) (Entered: 08/24/2005) |
| 08/24/2005 | 30 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 29 Notice (Other) *Amendment to Notice of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 8/24/2005) (Entered: 08/24/2005) |
| 08/26/2005 | 31 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED.R.CIV.PROC.7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 09/21/2005 | 32 | STIPULATION *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* by Michael Brauch, Andrew Meimes. (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/21/2005 | 33 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 32 Stipulation *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/22/2005 | 34 | STIPULATION AND ORDER vacating case management conference, to be rescheduled 90 days out; Signed by Judge Marilyn Hall Patel on 9/22/2005. (awb, COURT-STAFF) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 10/06/2005 | 35 | NOTICE by Michael Brauch, Andrew Meimes *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 10/6/2005) (Entered: 10/06/2005) |
| 10/06/2005 | 36 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 35 Notice (Other) *of Pendency of Other Action or Proceeding* (Turan, Alex) (Filed on 10/6/2005) (Entered: 10/06/2005) |
| 10/17/2005 | 37 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *of Plaintiffs Michael Brauch and Andrew Meimes* (Turan, Alex) (Filed on 10/17/2005) (Entered: 10/17/2005) |
| 10/17/2005 | 38 | CERTIFICATE OF SERVICE by Michael Brauch, Andrew Meimes re 37 ADR Certification (ADR L.R. 3-5b)of discussion of ADR options *of Plaintiffs Michael Brauch and Andrew Meimes* (Turan, Alex) (Filed on 10/17/2005) (Entered: 10/17/2005) |
| 10/20/2005 | 39 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an |

| | | |
|---|---|---|
| | | E-Filer re: #1 Class Action Complaint & #3 Amendment to Complaint. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/31/2005 | 40 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/08/2005 | 41 | STIPULATION AND ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/08/2005 | 42 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 43 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 44 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 45 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 06:21:59 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02743-MHP |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |