```
1   FREDERICK P. FURTH (No. 38438)
    MICHAEL P. LEHMANN (No. 77152)
2   THOMAS P. DOVE (No. 51921)
    ALEX C. TURAN (No. 227273)
3   THE FURTH FIRM LLP
    225 Bush Street, 15th Floor
4   San Francisco, California 94104-4249
    Telephone: (415) 433-2070
5   Facsimile:  (415) 982-2076

6   Attorneys for Plaintiffs

7   (Additional Counsel are listed on Signature Page)
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO.  C:05-2743 BZ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") identify the following cases in which substantially similar antitrust law violations are alleged to have occurred due to Intel Corporation's ("Intel") use of its substantial market power to unlawfully maintain its monopoly by engaging in a relentless campaign to coerce customers to refrain from dealing with Advanced Micro Devices, which resulted in customers paying higher prices for x86 microprocessors and left them with fewer buying choices for such microprocessors.

Each of the following cases therefore relates to the general subject matter alleged in this action.

---

56661.1
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

| | | |
|---|---|---|
| 1 | 1. | *David E. Lipton, et al. v. Intel Corp.*, Case No. C:05-2669, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 29, 2005. |
| 4 | 2. | *Ronald Konieczka v. Intel Corp.*, No. C:05-2700, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 30, 2005. |
| 7 | 3. | *Maria I. Prohias v. Intel Corp.*, No. C:05-2699, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, June 30, 2005. |
| 10 | 4. | *Steven J. Hamilton v. Intel Corp.,* No. C:05-2721, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005. |
| 13 | 5. | *Patricia M. Niehaus v. Intel Corp.,* No. C:05-2720, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005. |
| 16 | 6. | *Michael Brauch, et al., v. Intel Corp.,* No. C:05-2743, filed in the United States District Court for the Northern District of California and assigned to Judge Bernard Zimmerman, July 5, 2005. |
| 19 | 7. | *Susan Baxley v. Intel Corp.,* No. C-05-2758, filed in the United States District Court for the Northern District of California and assigned to Judge Edward M. Chen, July 6, 2005. |
| 22 | 8. | *Huston Frazier, et al., v. Intel Corp.,* No. C:05-2813, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. |
| 25 | 9. | *Dwight E. Dickerson v. Intel Corp.,* No. C:05-2818, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005. |

56661.1 -2-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

10. *The Harman Press v. Intel Corp.,* Case number to be assigned, filed in the United States District Court for the Northern District of California on July 11, 2005. This action has not been assigned to a judge as of the date of this filing.

11. *Advanced Micro Devices, Inc., et al., v. Intel Corp, et al,* No. 1:05-cv-00441, filed in the United States District Court for the District of Delaware on June 27, 2005 and assigned to Judge Joseph J. Farnan, Jr.

12. *Jim Kidwell, et al., v. Intel Corp.,* No. 1:05-cv-00470, filed in the United States District Court for the District of Delaware on July 6, 2005. This action has not been assigned to a judge as of the date of this filing.

13. *Robert J. Rainwater, et al., v. Intel Corp.,* No. 1:05-cv-00473, filed in the United States District Court for the District of Delaware on July 7, 2005. This action has not been assigned to a judge as of the date of this filing.

14. *Matthew Kravitz, et al., d v. Intel Corp.,* No. 1:05-cv-00476, filed in the United States District Court for the District of Delaware on July 8, 2005. This action has not been assigned to a judge as of the date of this filing.

15. *Benjamin Allanoff v. Intel Corp.,* No. C:05-2834, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to Judge Maxine M. Chesney.

16. *Major League Softball, Inc. v. Intel Corp.,* No. C:05-2831, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to Judge Elizabeth D. Laporte.

17. *Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.,* No. C:05-2830, filed in the United States District Court for the Northern District of California on July 12, 2005 and assigned to Judge Elizabeth D. Laporte.

On July 11, 2005, Plaintiffs filed a motion with the Judicial Panel for Multidistrict Litigation, pursuant to 28 U.S.C. §1407, requesting that all pending and

1 subsequently filed actions in this and other district courts be transferred and coordinated or
2 consolidated in the Northern District of California for pretrial proceedings. A copy of that
3 motion was lodged with the clerk of court on July 11, 2005. The Plaintiffs believe that
4 coordination of the foregoing cases pursuant to 28 U.S.C. §1407 (Multi-District Litigation
5 Procedures) will avoid conflicts, conserve resources and promote an efficient determination of
6 the action.

7 Dated: July 12, 2005                         Respectfully submitted,

By: /s/ Alex C. Turan
       Michael P. Lehmann
       Thomas P. Dove
       Alex C. Turan
       The Furth Firm, LLP
       225 Bush Street, 15th Floor
       San Francisco, California 94104-4249
       Telephone: (415) 433-2070
       Facsimile: (415) 982-2076

       Francis O. Scarpulla (41059)
       Law Offices Of Francis O. Scarpulla
       44 Montgomery Street, Suite 3400
       San Francisco, CA 94104
       Telephone: (415) 788-7210
       Facsimile: (415) 788-0707

       Craig C. Corbitt (83251)
       Zelle Hofmann Voelbel Mason & Gette, LLP
       44 Montgomery Street, Suite 3400
       San Francisco, CA 94104
       Telephone: (415) 693-0700
       Facsimile: (415) 693-0770

       Attorneys for Plaintiffs Michael Brauch and
       Andrew Meimes