FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 BZ<br><br>**CERTIFICATE OF SERVICE** |

56674.1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

| | |
|---|---|
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>**Agent for Service of Process for Defendant Intel Corporation** | Lee M. Gordon<br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** |
| Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** | Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Baxley* Actions** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH  45202-2011<br>Telephone:     (513) 345-8291<br>Facsimile:      (513) 345-8294<br><br>**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions** | Lance A. Harke<br>Howard M. Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL  33130<br>Telephone:     (305) 536-8222<br>Facsimile:      (305) 536-8229<br><br>**Counsel for Plaintiff in *Prohias* Action** |
| Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:     (415) 788-7210<br>Facsimile:      (415) 788-0707<br><br>**Counsel for Plaintiffs in *Brauch* Action** | Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:     (415) 693-0700<br>Facsimile:      (415) 693-0770<br><br>**Counsel for Plaintiffs in *Brauch* Action** |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN  55101<br>Telephone:     (651) 287-2100<br>Facsimile:      (651) 287-2103<br><br>**Counsel for Plaintiff in *Baxley* Action** | Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY  10016<br>Telephone:     (212) 682-1818<br>Facsimile:      (212) 682-1892<br><br>**Counsel for Plaintiff in *Baxley* Action** |
| Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 956-1000<br>Facsimile:      (415) 956-1008<br><br>**Counsel for Plaintiffs in *Frazier* Action** | David S. Stellings<br>Jennifer Gross<br>Lieff Cabraser Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY  10017-2024<br>Telephone:     (212) 355-9500<br>Facsimile:      (212) 355-9592<br><br>**Counsel for Plaintiffs in *Frazier* Action** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Spencer Hosie<br>Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market<br>Spear Street Tower, #2200<br>San Francisco, CA  94105<br>Telephone:   (415) 247-6000<br>Facsimile:    (415) 247-6001<br><br>**Counsel for Plaintiff in *Dickerson* Action** | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111<br>Telephone:   (415) 217-6810<br>Facsimile:    (415) 217-6813<br><br>**Counsel for Plaintiff in *Harman Press* Action** |
| Randy R. Renick<br>Law Offices of Randy R. Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA  91103<br>Telephone:   (626) 585-9608<br>Facsimile:    (626) 585-9610<br><br>**Counsel for Plaintiff in *Harman Press* Action** | Steven Greenfogel<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>22nd Floor, Architects Building<br>117 S. 17th Street<br>Philadelphia, PA  19103<br>Telephone:   (215) 564-5182<br>Facsimile:    (215) 569-0958<br><br>**Counsel for Plaintiff in *Allanoff* Action** |
| Jesse A. Finkelstein<br>Frederick L. Cottrell, III<br>Chad M. Shandler<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>Telephone:   (302) 651-7500<br>Facsimile:    (302) 651-7701<br><br>**Counsel for Plaintiffs in *Advanced Micro Devices* Action** | Charles P. Diamond<br>Linda J. Smith<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>Telephone:   (310) 246-6800<br>Facsimile:    (310) 246-6779<br><br>**Counsel for Plaintiffs in *Advanced Micro Devices* Action** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6340<br>Facsimile: (213) 430-6407<br><br>**Counsel for Plaintiffs in *Advanced Micro Devices* Action** | Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19999<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** |
| Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** | Fred Taylor Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** |
| Mary Jane Edelstein Fait<br>Adam J. Levitt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** | Ann Lugbill<br>2406 Auburn Avenue<br>Cincinnati, OH 45219<br>Telephone: (513) 784-1280<br>Facsimile: (513) 784-1449<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Brandon N. Voelker<br>28 West 5th Street<br>Covington, KY 41011<br>Telephone: (859) 491-5551<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** | Gene Summerlin<br>Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place<br>330 South Tenth Street<br>Lincoln, NE 68508<br>Telephone: (402) 434-8040<br>Facsimile: (402) 434-8044<br><br>**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action** |
| Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue<br>Battle Creek, MI 49017<br>Telephone: (269) 965-7000<br>Facsimile: (269) 965-0646<br><br>**Counsel for Plaintiff Rainwater in *Rainwater* Action** | Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br><br>**Counsel for Plaintiff Chapman in *Rainwater* Action** |
| Noah Golden-Krasner<br>Law Offices of Noah Golden-Krasner<br>354 West Main Street<br>Madison, WI 53703<br>Telephone: (608) 441-8924<br>Facsimile: (608) 442-9494<br><br>**Counsel for Plaintiff Yaco in *Rainwater* Action** | Joel Friedlander<br>James G. McMillan, III<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501<br><br>**Counsel for Plaintiffs in *Kravitz* Action** |
| Daniel Hume<br>David Kovel<br>Kirby McInerney & Squire LLP<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br><br>**Counsel for Plaintiffs in *Kravitz* Action** | |

Executed on July 12, 2005, at San Francisco, California.

Signed /s/ Robert L. Newman

56674.1

CERTIFICATE OF SERVICE