UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
MICHAEL BRAUCH            )
                          )
        Plaintiff(s),     )    No. C05-2743 BZ
                          )
   v.                     )    NOTICE OF RECUSAL
                          )
INTEL CORPORATION,        )
                          )
        Defendant(s).     )
                          )
                          )
                          )
_____)
```

I hereby recuse myself in the above action.

Dated: July 13, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\BRAUCHRECUSAL.NOTICE.wpd

1