FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO. C:05-2743 BZ<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

| | |
|---|---|
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br><br>**Agent for Service of Process for Defendant Intel Corporation** | Lee M. Gordon<br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** |
| Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** | Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Baxley* Actions** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br><br>**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions** | Lance A. Harke<br>Howard M. Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8222<br>Facsimile: (305) 536-8229<br><br>**Counsel for Plaintiff in *Prohias* Action** |
| Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0707<br><br>**Counsel for Plaintiffs in *Brauch* and *Lazio Family Products* Actions** | Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br><br>**Counsel for Plaintiffs in *Brauch* and *Lazio Family Products* Actions** |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>Facsimile: (651) 287-2103<br><br>**Counsel for Plaintiff in *Baxley* Action** | Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br><br>**Counsel for Plaintiff in *Baxley* Action** |
| Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>**Counsel for Plaintiffs in *Frazier* Action** | David S. Stellings<br>Jennifer Gross<br>Lieff Cabraser Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>**Counsel for Plaintiffs in *Frazier* Action** |

56674.1

CERTIFICATE OF SERVICE

|    |                                                                                                                                                                                                                                 |                                                                                                                                                                                                                                 |
|----|---|---|
| 1  | Spencer Hosie<br>Bruce J. Wecker                                                                                                                                                                                                 | Guido Saveri<br>R. Alexander Saveri                                                                                                                                                                                              |
| 2  | Hosie McArthur LLP<br>One Market                                                                                                                                                                                                 | Geoffrey C. Rushing<br>Cadio Zirpoli                                                                                                                                                                                              |
| 3  | Spear Street Tower, #2200<br>San Francisco, CA 94105                                                                                                                                                                             | Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700                                                                                                                                                                             |
| 4  | Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001                                                                                                                                                                           | San Francisco, CA 94111<br>Telephone: (415) 217-6810                                                                                                                                                                             |
| 5  |                                                                                                                                                                                                                                  | Facsimile: (415) 217-6813                                                                                                                                                                                                        |
| 6  | **Counsel for Plaintiff in *Dickerson* Action**                                                                                                                                                                                   | **Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**                                                                                                           |

1 Spencer Hosie
  Bruce J. Wecker
2 Hosie McArthur LLP
  One Market
3 Spear Street Tower, #2200
  San Francisco, CA 94105
4 Telephone:    (415) 247-6000
  Facsimile:    (415) 247-6001
5
                                      Guido Saveri
                                      R. Alexander Saveri
                                      Geoffrey C. Rushing
                                      Cadio Zirpoli
                                      Saveri & Saveri, Inc.
                                      111 Pine Street, Suite 1700
                                      San Francisco, CA 94111
                                      Telephone:    (415) 217-6810
                                      Facsimile:    (415) 217-6813

6 **Counsel for Plaintiff in *Dickerson* Action**

                                      **Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

9 Randy R. Renick
  Law Offices of Randy R. Renick
10 128 North Fair Oaks Avenue, Suite 204
   Pasadena, CA 91103
11 Telephone:    (626) 585-9608
   Facsimile:    (626) 585-9610
12
                                      Scott R. Ames
                                      Serratore Ames LLP
                                      9595 Wilshire Boulevard, Suite 201
                                      Beverly Hills, CA 90212
                                      Telephone:    (310) 205-2460
                                      Facsimile:    (310) 205-2464

13 **Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

                                      **Counsel for Plaintiff in *Major League Softball* Action**

16 Steven Greenfogel
   Meredith Cohen Greenfogel & Skirnick, P.C.
17 22nd Floor, Architects Building
   117 S. 17th Street
18 Philadelphia, PA 19103
   Telephone:    (215) 564-5182
19 Facsimile:    (215) 569-0958

20 **Counsel for Plaintiff in *Allanoff* Action**

                                      Jesse A. Finkelstein
                                      Frederick L. Cottrell, III
                                      Chad M. Shandler
                                      Steven J. Fineman
                                      Richards, Layton & Finger
                                      One Rodney Square
                                      P.O. Box 551
                                      Wilmington, DE 19899
                                      Telephone:    (302) 651-7500
                                      Facsimile:    (302) 651-7701

                                      **Counsel for Plaintiffs in *Advanced Micro Devices* Action**

23 Charles P. Diamond
   Linda J. Smith
24 O'Melveny & Myers LLP
   1999 Avenue of the Stars, 7th Floor
25 Los Angeles, CA 90067
   Telephone:    (310) 246-6800
26 Facsimile:    (310) 246-6779

27 **Counsel for Plaintiffs in *Advanced Micro Devices* Action**

                                      Mark A. Samuels
                                      O'Melveny & Myers LLP
                                      400 South Hope Street
                                      Los Angeles, CA 90071-2899
                                      Telephone:    (213) 430-6340
                                      Facsimile:    (213) 430-6407

                                      **Counsel for Plaintiffs in *Advanced Micro Devices* Action**

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19999<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** | Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** |
| Fred Taylor Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** | Mary Jane Edelstein Fait<br>Adam J. Levitt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action** |
| Ann Lugbill<br>2406 Auburn Avenue<br>Cincinnati, OH 45219<br>Telephone: (513) 784-1280<br>Facsimile: (513) 784-1449<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** | Brandon N. Voelker<br>28 West 5th Street<br>Covington, KY 41011<br>Telephone: (859) 491-5551<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** |

56674.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| Gene Summerlin<br>Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place<br>330 South Tenth Street<br>Lincoln, NE 68508<br>Telephone: (402) 434-8040<br>Facsimile: (402) 434-8044<br><br>**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action** | Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue<br>Battle Creek, MI 49017<br>Telephone: (269) 965-7000<br>Facsimile: (269) 965-0646<br><br>**Counsel for Plaintiff Rainwater in *Rainwater* Action** |
| Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br><br>**Counsel for Plaintiff Chapman in *Rainwater* Action** | Noah Golden-Krasner<br>Law Offices of Noah Golden-Krasner<br>354 West Main Street<br>Madison, WI 53703<br>Telephone: (608) 441-8924<br>Facsimile: (608) 442-9494<br><br>**Counsel for Plaintiff Yaco in *Rainwater* Action** |
| Joel Friedlander<br>James G. McMillan, III<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501<br><br>**Counsel for Plaintiffs in *Kravitz* Action** | Daniel Hume<br>David Kovel<br>Kirby McInerney & Squire LLP<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br><br>**Counsel for Plaintiffs in *Kravitz* Action** |
| Scott E. Chambers<br>Jeffrey J. Clark<br>Schmittinger & Rodriguez, P.A.<br>414 South State Street<br>P.O. Box 497<br>Dover, DE 19903<br>Telephone: (302) 674-0140<br>Facsimile: (302) 674-1830<br><br>**Counsel for Plaintiff in *Ruccolo* Action** | James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>Telephone: (302) 888-6509<br>Facsimile: (302) 658-8111<br><br>**Counsel for Plaintiff in *Paul* Action** |

56674.1

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Michael D. Hausfeld | Anthony J. Bolognese |
| 2 | Daniel A. Small<br>Brent W. Landau | Joshua Grabar<br>Bolognese & Associates, LLC |
| 3 | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | One Penn Center Plaza<br>1617 JFK Boulevard, Suite 650 |
| 4 | 1100 New York Avenue, N.W.<br>Suite 500, West Tower | Philadelphia, PA  19103<br>Telephone:   (215) 814-6750 |
| 5 | Washington, DC  20005<br>Telephone:   (202) 408-4600 | Facsimile:    (215) 814-6764 |
| 6 | Facsimile:   (202) 408-4699 | **Counsel for Plaintiff in *Paul* Action** |
| 7 | **Counsel for Plaintiff in *Paul* Action** | |

Executed on July 13, 2005, at San Francisco, California.

Signed /s/   Robert L. Newman

56674.1

CERTIFICATE OF SERVICE