FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional Counsel are listed on Signature Page)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, <br><br> Defendant. | CASE NO. C:05-2743 SC <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

56921.1
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") identify the following cases in which substantially similar antitrust law violations are alleged to have occurred due to Intel Corporation's ("Intel") use of its substantial market power to unlawfully maintain its monopoly by engaging in a relentless campaign to coerce customers to refrain from dealing with Advanced Micro Devices, which resulted in customers paying higher prices for x86 microprocessors and left them with fewer buying choices for such microprocessors.

Each of the following cases therefore relates to the general subject matter alleged in this action.[1]

1. *Walker v. Intel Corp.,* No. C:05-2882, filed in the United States District Court for the Northern District of California on July 14, 2005 and assigned to Judge Maria-Elena James.

2. *Stoltz v. Intel Corp.,* No. C:05-2897, filed in the United States District Court for the Northern District of California on July 15, 2005 and assigned to Judge Elizabeth D. Laporte.

3. *Naigow v. Intel Corp.,* No. C:05-2898, filed in the United States District Court for the Northern District of California on July 15, 2005 and assigned to Judge Joseph C. Spero.

On July 11, 2005, Plaintiffs filed a motion with the Judicial Panel for Multidistrict Litigation, pursuant to 28 U.S.C. §1407, requesting that all pending and subsequently filed actions in this and other district courts be transferred and coordinated or consolidated in the Northern District of California for pretrial proceedings. A copy of that motion was lodged with the clerk of court on July 11, 2005. The Plaintiffs believe that coordination of the foregoing cases pursuant to 28 U.S.C. §1407 (Multi-District Litigation

---

[1] Plaintiffs filed a Notice of Pendency of Other Action or Proceeding ("Notice") with this Court on July 12, 2005 listing seventeen then-pending actions. On July 13, 2005, Plaintiffs filed their second Notice with this Court listing three additional actions, and on July 14, 2005, Plaintiffs filed their third Notice with this Court listing four additional actions.

56921.1 -2-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1  Procedures) will avoid conflicts, conserve resources and promote an efficient determination
2  of the action.
3  Dated:  July 18, 2005                              Respectfully submitted,

By:  /s/   Alex C. Turan
     Michael P. Lehmann
     Thomas P. Dove
     Alex C. Turan
     The Furth Firm, LLP
     225 Bush Street, 15th Floor
     San Francisco, California  94104-4249
     Telephone: (415) 433-2070
     Facsimile:  (415) 982-2076

     Francis O. Scarpulla (41059)
     Law Offices Of Francis O. Scarpulla
     44 Montgomery Street, Suite 3400
     San Francisco, CA  94104
     Telephone:  (415) 788-7210
     Facsimile:   (415) 788-0707

     Craig C. Corbitt (83251)
     Zelle Hofmann Voelbel Mason & Gette, LLP
     44 Montgomery Street, Suite 3400
     San Francisco, CA  94104
     Telephone:  (415) 693-0700
     Facsimile:   (415) 693-0770

     Attorneys for Plaintiffs Michael Brauch and
     Andrew Meimes

56921.1                              -3-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING