1  FREDERICK P. FURTH (No. 38438)
   MICHAEL P. LEHMANN (No. 77152)
2  THOMAS P. DOVE (No. 51921)
   ALEX C. TURAN (No. 227273)
3  THE FURTH FIRM LLP
   225 Bush Street, 15th Floor
4  San Francisco, California 94104-4249
   Telephone: (415) 433-2070
5  Facsimile:  (415) 982-2076

6  Attorneys for Plaintiffs

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10 MICHAEL BRAUCH, a resident of San      )  CASE NO.  C:05-2743 SC
   Francisco, and ANDREW MEIMES, a        )
11 resident of New York, on behalf of     )  **CERTIFICATE OF SERVICE**
   themselves and all others similarly situated, )
12                                         )
                Plaintiffs,                )
13                                         )
           vs.                            )
14                                         )
   INTEL CORPORATION, a Delaware          )
15 corporation,                           )
                                          )
16                                         )
                Defendant.                )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

56674.1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Scott Caldwell, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and

2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>**Counsel for Defendant Intel**<br>    **Corporation** | Lee M. Gordon<br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br><br>**Counsel for Plaintiffs in *Lipton*,**<br>    ***Konieczka*, *Prohias*, *Hamilton* and**<br>    ***Niehaus* Actions** |
| Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>**Counsel for Plaintiffs in *Lipton*,**<br>    ***Konieczka*, *Prohias*, *Hamilton* and**<br>    ***Niehaus* Actions** | Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br><br>**Counsel for Plaintiffs in *Lipton*,**<br>    ***Konieczka*, *Prohias*, *Hamilton*,**<br>    ***Niehaus, Baxley,* Naigow and**<br>    **Stoltz Actions** |

56674.1

CERTIFICATE OF SERVICE

<pre>
1    Jeffrey S. Goldenberg              Lance A. Harke
     John C. Murdock                   Howard M. Bushman
2    Murdock Goldenberg Schneider & Groh,   Harke & Clasby LLP
     L.P.A.                            155 South Miami Avenue, Suite 600
3    700 Walnut Street, Suite 400      Miami, FL  33130
     Cincinnati, OH  45202-2011        Telephone:    (305) 536-8222
4    Telephone:    (513) 345-8291      Facsimile:    (305) 536-8229
     Facsimile:    (513) 345-8294
5                                      Counsel for Plaintiff in Prohias
     Counsel for Plaintiffs in Konieczka and   Action
6       Niehaus Actions

7
     Francis O. Scarpulla              Craig C. Corbitt
8    Law Offices of Francis O. Scarpulla   Zelle Hofmann Voelbel Mason &
     44 Montgomery Street, Suite 3400   Gette, LLP
9    San Francisco, CA  94104          44 Montgomery Street, Suite 3400
     Telephone:    (415) 788-7210      San Francisco, CA  94104
10   Facsimile:    (415) 788-0707      Telephone:    (415) 693-0700
                                       Facsimile:    (415) 693-0770
11   Counsel for Plaintiffs in Brauch,
        Lazio Family Products, Stanley and   Counsel for Plaintiffs in Brauch,
12      Cronin Actions                   Lazio Family Products,  Stanley
                                         and Cronin Actions
13
14   Mark Reinhardt                    Eric J. Belfi
     Garrett D. Blanchfield, Jr.       Murray Frank & Sailer, LLP
15   Reinhardt Wendorf & Blanchfield   275 Madison Avenue
     332 Minnesota Street, Suite E-1250   New York, NY  10016
16   St. Paul, MN  55101               Telephone:    (212) 682-1818
     Telephone:    (651) 287-2100      Facsimile:    (212) 682-1892
17   Facsimile:    (651) 287-2103
                                       Counsel for Plaintiff in Baxley
18   Counsel for Plaintiff in Baxley Action   Action

19   Michele C. Jackson                David S. Stellings
     Lieff Cabraser Heimann & Bernstein,   Jennifer Gross
20   LLP                               Lieff Cabraser Heimann & Bernstein,
     Embarcadero Center West           LLP
21   275 Battery Street, 30th Floor    780 Third Avenue, 48th Floor
     San Francisco, CA  94111          New York, NY  10017-2024
22   Telephone:    (415) 956-1000      Telephone:    (212) 355-9500
     Facsimile:    (415) 956-1008      Facsimile:    (212) 355-9592
23
24   Counsel for Plaintiffs in Frazier Action   Counsel for Plaintiffs in Frazier
                                          Action
25

26

27

28
</pre>

56674.1

CERTIFICATE OF SERVICE

Spencer Hosie
Bruce J. Wecker
Hosie McArthur LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
Telephone:  (415) 247-6000
Facsimile:  (415) 247-6001

**Counsel for Plaintiff in *Dickerson* Action**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:  (626) 585-9608
Facsimile:  (626) 585-9610

**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

Steven Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone:  (215) 564-5182
Facsimile:  (215) 569-0958

**Counsel for Plaintiff in *Allanoff* Action**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 246-6800
Facsimile:  (310) 246-6779

**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

Scott R. Ames
Serratore Ames LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone:  (310) 205-2460
Facsimile:  (310) 205-2464

**Counsel for Plaintiff in *Major League Softball* Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:  (302) 651-7500
Facsimile:  (302) 651-7701

**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6340
Facsimile:  (213) 430-6407

**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

56674.1

CERTIFICATE OF SERVICE

1    Pamela S. Tikellis                    Francis M. Gregorek
     Robert J. Kriner, Jr.                 Betsy C. Manifold
2    A. Zachary Naylor                     Francis A. Bottini, Jr.
     Robert R. Davis                       Rachele R. Rickert
3    Chimicles & Tikellis LLP              Wolf Haldenstein Adler Freeman &
     One Rodney Square                     Herz LLP
4    P.O. Box 1035                         750 B Street, Suite 2770
     Wilmington, DE  19999                 San Diego, CA  92101
5    Telephone:    (302) 656-2500          Telephone:    (619) 239-4599
     Facsimile:    (302) 656-9053          Facsimile:    (619) 234-4599
6
7    **Counsel for Plaintiffs Kidwell, Reeder,**    **Counsel for Plaintiffs Kidwell,**
        **Maita, JWRE, Moeller and Harms**            **Reeder, Maita, JWRE, Moeller**
8       **in Kidwell Action, and Plaintiffs**         **and Harms in *Kidwell* Action,**
        **Rainwater, Chapman and Yaco in**            **and Plaintiffs Rainwater,**
9       **Rainwater and *Volden* Actions**            **Chapman and Yaco in *Rainwater***
                                                      **and *Volden* Actions**
10

11   Fred Taylor Isquith                   Mary Jane Edelstein Fait
     Wolf Haldenstein Adler Freeman &      Adam J. Levitt
12   Herz LLP                              Wolf Haldenstein Adler Freeman &
     270 Madison Avenue                    Herz LLP
13   New York, NY  10016                   55 West Monroe Street, Suite 1111
     Telephone:    (212) 545-4600          Chicago, IL  60603
14   Facsimile:    (212) 545-4653          Telephone:    (312) 984-0000
                                           Facsimile:    (312) 984-0001
15   **Counsel for Plaintiffs Kidwell, Reeder,**
        **Maita, JWRE, Moeller and Harms**    **Counsel for Plaintiffs Kidwell,**
16      **in *Kidwell* Action, and Plaintiffs**      **Reeder, Maita, JWRE, Moeller**
        **Rainwater, Chapman and Yaco in**           **and Harms in *Kidwell* Action,**
17      ***Rainwater* and *Volden* Actions**         **and Plaintiffs Rainwater,**
                                                     **Chapman and Yaco in *Rainwater***
18                                                   **and *Volden* Actions**

19
     Ann Lugbill                           Brandon N. Voelker
20   2406 Auburn Avenue                    28 West 5th Street
     Cincinnati, OH  45219                 Covington, KY  41011
21   Telephone:    (513) 784-1280          Telephone:    (859) 491-5551
     Facsimile:    (513) 784-1449
22
                                           **Counsel for Plaintiff Reeder in**
23   **Counsel for Plaintiff Reeder in Kidwell**      ***Kidwell* Action**
        **Action**
24

25

26

27

28

56674.1

CERTIFICATE OF SERVICE

1

Gene Summerlin
Ogborn, Summerlin & Ogborn, P.C.
2    210 Windsor Place
330 South Tenth Street
3    Lincoln, NE 68508
Telephone: (402) 434-8040
4    Facsimile: (402) 434-8044

Robert J. Sharkey
Vandervoort, Christ & Fisher, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone: (269) 965-7000
Facsimile: (269) 965-0646

5

**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

**Counsel for Plaintiff Rainwater in *Rainwater* Action**

6

7

Richard A. Lockridge
Robert K. Shelquist
8    Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite
9    2200
Minneapolis, MN 55401
10   Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Noah Golden-Krasner
Law Offices of Noah Golden-Krasner
354 West Main Street
Madison, WI 53703
Telephone: (608) 441-8924
Facsimile: (608) 442-9494

11

**Counsel for Plaintiff Yaco in *Rainwater* Action**

12  **Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions**

13

14

Joel Friedlander
James G. McMillan, III
15   Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
16   Wilmington, DE 19801
Telephone: (302) 573-3500
17   Facsimile: (302) 573-3501

Daniel Hume
David Kovel
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

18  **Counsel for Plaintiffs in *Kravitz* Action**

**Counsel for Plaintiffs in *Kravitz* Action**

19

20

Scott E. Chambers
Jeffrey J. Clark
21   Schmittinger & Rodriguez, P.A.
414 South State Street
22   P.O. Box 497
Dover, DE 19903
23   Telephone: (302) 674-0140
Facsimile: (302) 674-1830

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6509
Facsimile: (302) 658-8111

24

**Counsel for Plaintiff in *Paul* Action**

**Counsel for Plaintiff in *Ruccolo* Action**

25

26

27

28

56674.1

CERTIFICATE OF SERVICE

1    Michael D. Hausfeld                      Anthony J. Bolognese
     Daniel A. Small                          Joshua Grabar
2    Brent W. Landau                          Bolognese & Associates, LLC
     Cohen, Milstein, Hausfeld & Toll,        One Penn Center Plaza
3    P.L.L.C.                                 1617 JFK Boulevard, Suite 650
     1100 New York Avenue, N.W.               Philadelphia, PA  19103
4    Suite 500, West Tower                    Telephone:    (215) 814-6750
     Washington, DC  20005                    Facsimile:    (215) 814-6764
5    Telephone:    (202) 408-4600
     Facsimile:    (202) 408-4699             **Counsel for Plaintiff in *Paul* Action**
6
     **Counsel for Plaintiff in *Paul* Action**
7
     Steven Benz                              Jeffrey S. Goddess
8    Kellogg, Huber, Hansen, Todd,            Rosenthal, Monhait, Gross &
     Evans & Figel, P.L.L.C.                  Goddess, P.A.
9    Sumner Square                            919 Market Street, Suite 1401
     1615 M Street, NW, Suite 400             P.O. Box 1070
10   Washington, D.C. 20036                   Wilmington, DE 19899-1070
     Telephone:    (617) 371-1072             Phone:        (302) 656-4433
11   Facsimile:    (617) 371-1037             Facsimile:    (215) 963-0838
     **Counsel for Plaintiff in *Law offices of***   **Counsel for Plaintiff in *Simon and***
12   ***Laurel Stanley and Cronin* Action**   ***Chacon* Actions**

13
     Gerald J. Rodos                          Natalie Finkleman
14   Mark R. Rosen                            Bennett Shepard
     Jeffrey B. Gittleman                     Finkleman, Miller & Shah, LLC
15   Barrack Rodos & Bacine                   Media, PA 19603
     3300 Two Commerce Square                 Phone:        (610) 891-9880
16   Philadelphia, PA 19103                   Facsimile:    (610) 891-9883
     Phone:        (215) 963-0600             **Counsel for *Chacon* Action**
17   Facsimile:    (215) 963-0838
     **Counsel for Plaintiff in *Simon* Action**
18

19   James E. Miller                          IRA Neil Richards
     Bennett Shepard                          R. Andrew Santillo
20   Finkleman, Miller & Shah, LLC            Trujillo Rodriguez & Richards, LLC
     65 Main Street                           226 W. Rittenhouse Square, The
21   Chester, CT 06412-1311                   Penthouse
     Phone:        (860) 526-1100             Philadelphia, PA 19103
22   Facsimile:    (860) 526-1120             Phone:        (215) 731-9004
     **Counsel for *Chacon* Action**          Facsimile:    (215) 731-9044
23                                            **Counsel for *Chacon* Action**

24                                            Marc A. Wites
     Douglas P. Dehler                        Wites & Kapetan, P.A.
25   The Dehler Law Firm, S.C.                4400 North Federal Highway
     250 N. Sunnyslope Road, Suite 300        Lighthouse Point, FL 33064
26   Brookfield, WI 53005                     Phone:        (954) 570-8989
     Phone:        (262) 780-7041             Facsimile:    (954) 354-0205
27   Facsimile:    (262) 780-7057             **Counsel for *Chacon* Action**
     **Counsel for *Chacon* Action**
28

     56674.1

     CERTIFICATE OF SERVICE

| | |
|---|---|
| John R. Minnino<br>J Minnino, LLC<br>475 White Horse Pike<br>Collingswood, NJ 08107-2909<br>Phone:        (856) 833-0600<br>Facsimile:    (856) 833-9649<br>**Counsel for *Chacon* Action** | Tim Semelroth<br>Riccolo & Semelroth, P.C.<br>425 Second St. SE, Suite 1140<br>Cedar Rapids, IA 52401<br>Telephone:  (319) 365-9200<br>Facsimile:   (319) 365-1114<br>**Counsel for Plaintiff Volden in *Volden* Action** |
| Charles F. Speer<br>Donnamarie Landsberg<br>104 W. 9th Street, Suite 304<br>Kansas City, MO 64105<br>Telephone:  (816) 472-3560<br>Facsimile:   (816) 421-2150<br>**Counsel for Plaintiff Vaught in *Volden* Action** | Russell M. Aoki<br>Aoki Sakamoto Grant LLP<br>One Convention Place<br>701 Pike Street, Suite 1525<br>Seattle, WA 98101<br>Telephone:  (206) 624-1400<br>Facsimile:<br>**Counsel for Plaintiff Stoltz in *Stoltz* Action** |
| Donald L. Perlman<br>Robert D Liebenberg<br>Fine Kaplan AND Black, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone:  (215) 567-6565<br>Facsimile:   (215) 568-5872<br>**Counsel for Plaintiff Stoltz in *Stoltz* Action** | Shannon P. Cereghino<br>Ali Oromchian<br>Christine Pedigo<br>Finkelstein, Thompson & Loughran<br>601 Montgomery Street, Suite 665<br>San Francisco 94111<br>Telephone:  (415) 398-8700<br>Facsimile:   (415) 398-8704<br>**Counsel for Plaintiff Walker in *Walker* Action** |
| Douglas G. Thompson, Jr.<br>Richard M Volin<br>Karen J Marcus<br>Finkelstein, Thompson & Loughran<br>1050 30th Street, NW<br>Washington, DC 20007<br>Telephone:  (202) 337-8000<br>Facsimile:   (202) 337-8090<br>**Counsel for Plaintiff Walker in *Walker* Action** | |

Executed on July 18, 2005, at San Francisco, California.

Signed /s/   Scott W. Caldwell

56674.1

CERTIFICATE OF SERVICE