FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 SC<br><br>**CERTIFICATE OF SERVICE** |

I, Scott Caldwell, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

56674.2 -1-
CERTIFICATE OF SERVICE

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>**Counsel for Defendant Intel Corporation** | Lee M. Gordon<br>Elaine T. Byszewski<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** |
| Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton* and *Niehaus* Actions** | Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br><br>**Counsel for Plaintiffs in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus, Baxley,* Naigow and Stoltz Actions** |
| Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br><br>**Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions** | Lance A. Harke<br>Howard M. Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8222<br>Facsimile: (305) 536-8229<br><br>**Counsel for Plaintiff in *Prohias* Action** |

56674.2 -2-
CERTIFICATE OF SERVICE

| | |
|---|---|
| Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:  (415) 788-7210<br>Facsimile:  (415) 788-0707<br><br>**Counsel for Plaintiffs in *Brauch,*** ***Lazio Family Products, Stanley and Cronin* Actions** | Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:  (415) 693-0700<br>Facsimile:  (415) 693-0770<br><br>**Counsel for Plaintiffs in *Brauch,*** ***Lazio Family Products,  Stanley and Cronin* Actions** |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN  55101<br>Telephone:  (651) 287-2100<br>Facsimile:  (651) 287-2103<br><br>**Counsel for Plaintiff in *Baxley* Action** | Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY  10016<br>Telephone:  (212) 682-1818<br>Facsimile:  (212) 682-1892<br><br>**Counsel for Plaintiff in *Baxley* Action** |
| Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>**Counsel for Plaintiffs in *Frazier* Action** | David S. Stellings<br>Jennifer Gross<br>Lieff Cabraser Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY  10017-2024<br>Telephone:  (212) 355-9500<br>Facsimile:  (212) 355-9592<br><br>**Counsel for Plaintiffs in *Frazier* Action** |
| Spencer Hosie<br>Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market<br>Spear Street Tower, #2200<br>San Francisco, CA  94105<br>Telephone:  (415) 247-6000<br>Facsimile:  (415) 247-6001<br><br>**Counsel for Plaintiff in *Dickerson* Action** | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Cadio Zirpoli<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111<br>Telephone:  (415) 217-6810<br>Facsimile:  (415) 217-6813<br><br>**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions** |

56674.2 -3-
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | |

Randy R. Renick  
Law Offices of Randy R. Renick  
128 North Fair Oaks Avenue, Suite 204  
Pasadena, CA  91103  
Telephone:   (626) 585-9608  
Facsimile:    (626) 585-9610  

**Counsel for Plaintiffs in** *Harman Press*, *Shanghai 1930 Restaurant Partners*, **and** *Major League Softball* **Actions**

Steven Greenfogel  
Meredith Cohen Greenfogel & Skirnick, P.C.  
22nd Floor, Architects Building  
117 S. 17th Street  
Philadelphia, PA  19103  
Telephone:   (215) 564-5182  
Facsimile:    (215) 569-0958  

**Counsel for Plaintiff in** *Allanoff* **Action**

Charles P. Diamond  
Linda J. Smith  
O'Melveny & Myers LLP  
1999 Avenue of the Stars, 7th Floor  
Los Angeles, CA  90067  
Telephone:   (310) 246-6800  
Facsimile:    (310) 246-6779  

**Counsel for Plaintiffs in** *Advanced Micro Devices* **Action**

Scott R. Ames  
Serratore Ames LLP  
9595 Wilshire Boulevard, Suite 201  
Beverly Hills, CA  90212  
Telephone:   (310) 205-2460  
Facsimile:    (310) 205-2464  

**Counsel for Plaintiff in** *Major League Softball* **Action**

Jesse A. Finkelstein  
Frederick L. Cottrell, III  
Chad M. Shandler  
Steven J. Fineman  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE  19899  
Telephone:   (302) 651-7500  
Facsimile:    (302) 651-7701  

**Counsel for Plaintiffs in** *Advanced Micro Devices* **Action**

Mark A. Samuels  
O'Melveny & Myers LLP  
400 South Hope Street  
Los Angeles, CA  90071-2899  
Telephone:   (213) 430-6340  
Facsimile:    (213) 430-6407  

**Counsel for Plaintiffs in** *Advanced Micro Devices* **Action**

56674.2                                                                                       -4-  
CERTIFICATE OF SERVICE

| | |
|---|---|
| Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19999<br>Telephone:     (302) 656-2500<br>Facsimile:      (302) 656-9053<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater*, V*olden* , *Baran* , *Czysz* and *Ludt* Actions** | Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA  92101<br>Telephone:     (619) 239-4599<br>Facsimile:      (619) 234-4599<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions** |
| Fred Taylor Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY  10016<br>Telephone:     (212) 545-4600<br>Facsimile:      (212) 545-4653<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions** | Mary Jane Edelstein Fait<br>Adam J. Levitt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL  60603<br>Telephone:     (312) 984-0000<br>Facsimile:      (312) 984-0001<br><br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* and *Volden* Actions** |
| Ann Lugbill<br>2406 Auburn Avenue<br>Cincinnati, OH  45219<br>Telephone:     (513) 784-1280<br>Facsimile:      (513) 784-1449<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** | Brandon N. Voelker<br>28 West 5th Street<br>Covington, KY  41011<br>Telephone:     (859) 491-5551<br><br>**Counsel for Plaintiff Reeder in *Kidwell* Action** |

56674.2 -5-
CERTIFICATE OF SERVICE

| | |
|---|---|
| Gene Summerlin<br>Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place<br>330 South Tenth Street<br>Lincoln, NE  68508<br>Telephone:    (402) 434-8040<br>Facsimile:     (402) 434-8044<br><br>**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action** | Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue<br>Battle Creek, MI  49017<br>Telephone:    (269) 965-7000<br>Facsimile:     (269) 965-0646<br><br>**Counsel for Plaintiff Rainwater in *Rainwater* Action** |
| Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  55401<br>Telephone:    (612) 339-6900<br>Facsimile:     (612) 339-0981<br><br>**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions** | Noah Golden-Krasner<br>Law Offices of Noah Golden-Krasner<br>354 West Main Street<br>Madison, WI  53703<br>Telephone:    (608) 441-8924<br>Facsimile:     (608) 442-9494<br><br>**Counsel for Plaintiff Yaco in *Rainwater* Action** |
| Joel Friedlander<br>James G. McMillan, III<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>Telephone:    (302) 573-3500<br>Facsimile:     (302) 573-3501<br><br>**Counsel for Plaintiffs in *Kravitz* Action** | Daniel Hume<br>David Kovel<br>Kirby McInerney & Squire LLP<br>830 Third Avenue<br>New York, NY  10022<br>Telephone:    (212) 371-6600<br>Facsimile:     (212) 751-2540<br><br>**Counsel for Plaintiffs in *Kravitz* Action** |
| Scott E. Chambers<br>Jeffrey J. Clark<br>Schmittinger & Rodriguez, P.A.<br>414 South State Street<br>P.O. Box 497<br>Dover, DE  19903<br>Telephone:    (302) 674-0140<br>Facsimile:     (302) 674-1830<br><br>**Counsel for Plaintiff in *Ruccolo* Action** | James L. Holzman<br>David W Gregory<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899<br>Telephone:    (302) 888-6509<br>Facsimile:     (302) 658-8111<br><br>**Counsel for Plaintiff in *Paul and Ambruoso* Action** |

56674.2 -6-
CERTIFICATE OF SERVICE

| | |
|---|---|
| Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>**Counsel for Plaintiff in *Paul* Action** | Anthony J. Bolognese<br>Joshua Grabar<br>Bolognese & Associates, LLC<br>One Penn Center Plaza<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: (215) 814-6750<br>Facsimile: (215) 814-6764<br><br>**Counsel for Plaintiff in *Paul* Action** |
| Steven Benz<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>Telephone: (617) 371-1072<br>Facsimile: (617) 371-1037<br>**Counsel for Plaintiff in *Law offices of Laurel Stanley and Cronin* Action** | Jeffrey S. Goddess<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>Phone: (302) 656-4433<br>Facsimile: (215) 963-0838<br>**Counsel for Plaintiff in *Simon and Chacon* Actions** |
| Gerald J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square<br>Philadelphia, PA 19103<br>Phone: (215) 963-0600<br>Facsimile: (215) 963-0838<br>**Counsel for Plaintiff in *Simon* Action** | Natalie Finkleman<br>Bennett Shepard<br>Finkleman, Miller & Shah, LLC<br>Media, PA 19603<br>Phone: (610) 891-9880<br>Facsimile: (610) 891-9883<br>**Counsel for *Chacon* Action** |
| James E. Miller<br>Bennett Shepard<br>Finkleman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412-1311<br>Phone: (860) 526-1100<br>Facsimile: (860) 526-1120<br>**Counsel for *Chacon* Action** | Ira Neil Richards<br>R. Andrew Santillo<br>Trujillo Rodriguez & Richards, LLC<br>226 W. Rittenhouse Square, The Penthouse<br>Philadelphia, PA 19103<br>Phone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>**Counsel for *Chacon* Action** |

56674.2 -7-
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | | Marc A. Wites |
| 2 | Douglas P. Dehler | Wites & Kapetan, P.A. |
| | The Dehler Law Firm, S.C. | 4400 North Federal Highway |
| 3 | 250 N. Sunnyslope Road, Suite 300 | Lighthouse Point, FL 33064 |
| | Brookfield, WI 53005 | Phone: (954) 570-8989 |
| 4 | Phone: (262) 780-7041 | Facsimile: (954) 354-0205 |
| | Facsimile: (262) 780-7057 | **Counsel for *Chacon* Action** |
| 5 | **Counsel for *Chacon* Action** | |
| 6 | John R. Minnino | Tim Semelroth |
| | J Minnino, LLC | Riccolo & Semelroth, P.C. |
| 7 | 475 White Horse Pike | 425 Second St. SE, Suite 1140 |
| | Collingswood, NJ 08107-2909 | Cedar Rapids, IA 52401 |
| 8 | Phone: (856) 833-0600 | Telephone: (319) 365-9200 |
| | Facsimile: (856) 833-9649 | Facsimile: (319) 365-1114 |
| 9 | **Counsel for *Chacon* Action** | **Counsel for Plaintiff Volden in *Volden* Action** |
| 10 | | |
| 11 | Charles F. Speer | Russell M. Aoki |
| | Donnamarie Landsberg | Aoki Sakamoto Grant LLP |
| 12 | 104 W. 9th Street, Suite 304 | One Convention Place |
| | Kansas City, MO 64105 | 701 Pike Street, Suite 1525 |
| 13 | Telephone: (816) 472-3560 | Seattle, WA 98101 |
| | Facsimile: (816) 421-2150 | Telephone: (206) 624-1400 |
| 14 | **Counsel for Plaintiff Vaught in *Volden* Action** | Facsimile: |
| | | **Counsel for Plaintiff Stoltz in *Stoltz* Action** |
| 15 | | |
| 16 | Donald L. Perlman | Shannon P. Cereghino |
| | Robert D Liebenberg | Ali Oromchian |
| 17 | Fine Kaplan AND Black, RPC | Christine Pedigo |
| | 1835 Market Street, 28th Floor | Finkelstein, Thompson & Loughran |
| 18 | Philadelphia, PA 19103 | 601 Montgomery Street, Suite 665 |
| | Telephone: (215) 567-6565 | San Francisco 94111 |
| 19 | Facsimile: (215) 568-5872 | Telephone: (415) 398-8700 |
| | **Counsel for Plaintiff Stoltz in *Stoltz* Action** | Facsimile: (415) 398-8704 |
| 20 | | **Counsel for Plaintiff Walker in *Walker* Action** |
| 21 | Douglas G. Thompson, Jr. | Robert C. Schubert |
| | Richard M Volin | Juden Justice Reed |
| 22 | Karen J Marcus | Peter E. Borkon |
| | Finkelstein, Thompson & Loughran | Schubert & Reed LLP |
| 23 | 1050 30th Street, NW | Two Embarcadero Center, Suite 1660 |
| | Washington, DC 20007 | San Francisco, CA 94111 |
| 24 | Telephone: (202) 337-8000 | Telephone: (415) 788-4220 |
| | Facsimile: (202) 337-8090 | Facsimile: (415) 788-0161 |
| 25 | **Counsel for Plaintiff Walker in *Walker* Action** | **Counsel for Plaintiff Hewson in *Hewson* Action** |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2 -8-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Kenneth A. Wexler | Joseph M. Patane |
| 2 | Edward A. Wallace<br>The Wexler Firm LLP | Law Offices of Joseph M. Patane<br>2280 Union Street |
| 3 | One LaSalle Street, Suite 2000<br>Chicago, IL 60602 | San Francisco, CA 94123<br>Telephone: (415) 563-7200 |
| 4 | Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 | Facsimilie: (415) 346-0679<br>**Counsel for Plaintiff Lang in** *Lang* |
| 5 | **Counsel for Plaintiff Naigow in**<br>*Naigow* **Action** | **Action** |
| 6 | Mario N. Alioto | Michael D. Gottsch |
| 7 | Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street | Daniel B. Scott<br>Chimicles & Tikellis LLP |
| 8 | San Francisco, CA 94123<br>Telephone: (415) 563-7200 | 361 W. Lancaster Avenue<br>Haverford, PA 19041 |
| 9 | Facsimile: (415) 346-0679<br>**Counsel for Plaintiff Lang in** *Lang* | Telephone: (610) 642-8500<br>Facsimilie: |
| 10 | **Action** | **Counsel for Plaintiff Baran in** *Baran*<br>**and** *Czysz* **Actions** |
| 11 | Robert N. Kaplan | Marvin A. Miller |
| 12 | Richard J. Kilsheimer<br>Gregory K Arenson | Jennifer W. Sprengel<br>Matthew E. Van Tine |
| 13 | Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 22nd Floor | Miller Faucher and Cafferty LLP<br>30 N. LaSalle Street, Suite 3200 |
| 14 | New York, NY 10022<br>Telephone: (212) 687-1980 | Chicago, IL 60602<br>Telephone: (312) 782-4880 |
| 15 | Facsimilie: (212) 687-7714<br>**Counsel for Plaintiff Ambruoso in** | Facsimilie:<br>**Counsel for Plaintiff Ludt in** *Ludt* |
| 16 | *Ambruoso* **Action** | **Action** |
| 17 | Bryan Clobes<br>Miller Faucher and Cafferty LLP | |
| 18 | One Logan Square<br>Suite 1700 | |
| 19 | Philadelphia, PA 19103<br>Telephone: (215) 864-2800 | |
| 20 | Facsimilie:<br>**Counsel for Plaintiff Ludt in** *Ludt* | |
| 21 | **Action** | |

Executed on July 25, 2005, at San Francisco, California.

Signed /s/   Scott W. Caldwell

56674.2 -9-
CERTIFICATE OF SERVICE