| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | | |
|---|---|---|---|
| 11 | MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated, | | No. C 05 2743 MHP |
| 12 | | | NOTICE OF APPEARANCE |
| 13 | | | |
| 14 | Plaintiffs, v. | | |
| 15 | INTEL CORPORATION, a Delaware corporation, | | |
| 16 | | | |
| 17 | Defendant. | | |

18

19 TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

20 PLAINTIFF(S) IN THIS ACTION:

21      PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

22 and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

23 Francisco, CA 94111, members of the State Bar of California admitted to practice before this

24 Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation. In

25 addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

26 Washington, DC 20036, member of the Bar of the District of Columbia and the State Bar of

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant

2  Intel Corporation.

3  DATED: July 28, 2005

4

                              Bingham McCutchen LLP

5

6

7                  By:      /s/ Joy K. Fuyuno

8                      Joy K. Fuyuno
                    Attorneys for Defendant

9                      Intel Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2      Case No. C 05 2743 BZ

NOTICE OF APPEARANCE

SF/21627251.1