FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 SC<br><br>**CERTIFICATE OF SERVICE** |

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

56674.2 -1-
CERTIFICATE OF SERVICE

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

☐ **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>**Counsel for Defendant Intel Corporation** | David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415)393-2000<br>Facsimile: (415) 393-2286<br>**Counsel for Defendant Intel Corporation** |
| Lee M. Gordon<br>Elaine T. Byszewski<br>Steve Berman<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Cone* Actions** | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Cone* Actions** |
| Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus*, *Baxley*, *Naigow* and *Stoltz* Actions** | Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br>**Counsel for Plaintiff in *Konieczka* and *Niehaus* Actions** |

56674.2 -2-
CERTIFICATE OF SERVICE

| | |
|---|---|
| Lance A. Harke<br>Howard M. Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8222<br>Facsimile: (305) 536-8229<br>**Counsel for Plaintiff in *Prohias* Action** | Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0707<br>**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions** |
| Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions** | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>Facsimile: (651) 287-2103<br>**Counsel for Plaintiff in *Baxley* Action** |
| Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>**Counsel for Plaintiff in *Baxley* Action** | Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>**Counsel for Plaintiff in *Frazier* Action** |
| David S. Stellings<br>Jennifer Gross<br>Lieff Cabraser Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br>**Counsel for Plaintiff in *Frazier* Action** | Spencer Hosie<br>Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market<br>Spear Street Tower, #2200<br>San Francisco, CA 94105<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br>**Counsel for Plaintiff in *Dickerson* Action** |

56674.2 -3-
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Guido Saveri | Randy R. Renick |
| | R. Alexander Saveri | Law Offices of Randy R. Renick |
| 2 | Geoffrey C. Rushing | 128 North Fair Oaks Avenue, Suite 204 |
| | Cadio Zirpoli | |
| 3 | Saveri & Saveri, Inc. | Pasadena, CA 91103 |
| | 111 Pine Street, Suite 1700 | Telephone: (626) 585-9608 |
| 4 | San Francisco, CA 94111 | Facsimile: (626) 585-9610 |
| | Telephone: (415) 217-6810 | **Counsel for Plaintiff in *Harman*** |
| 5 | Facsimile: (415) 217-6813 | ***Press*, *Shanghai 1930 Restaurant*** |
| | **Counsel for Plaintiffs in *Harman*** | ***Partners*, and *Major League*** |
| 6 | ***Press*, *Shanghai 1930 Restaurant*** | ***Softball* Actions** |
| | ***Partners*, *Major League Softball*** | |
| 7 | **and *Cone* Actions** | |

1 Guido Saveri
R. Alexander Saveri
2 Geoffrey C. Rushing
Cadio Zirpoli
3 Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
4 San Francisco, CA 94111
Telephone: (415) 217-6810
5 Facsimile: (415) 217-6813
**Counsel for Plaintiffs in *Harman
6 Press*, *Shanghai 1930 Restaurant
Partners*, *Major League Softball*
7 and *Cone* Actions**

8

9 Scott R. Ames
Serratore Ames LLP
10 9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
11 Telephone: (310) 205-2460
Facsimile: (310) 205-2464
12 **Counsel for Plaintiff in *Major League
Softball* Action**

13

14
Jesse A. Finkelstein
15 Frederick L. Cottrell, III
Chad M. Shandler
16 Steven J. Fineman
Richards, Layton & Finger
17 One Rodney Square
P.O. Box 551
18 Wilmington, DE 19899
Telephone: (302) 651-7500
19 Facsimile: (302) 651-7701
**Counsel for Plaintiffs in *Advanced
20 Micro Devices* Action**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9608
Facsimile: (626) 585-9610
**Counsel for Plaintiff in *Harman
Press*, *Shanghai 1930 Restaurant
Partners*, and *Major League
Softball* Actions**

Steven Greenfogel
Meredith Cohen Greenfogel &
Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 564-5182
Facsimile: (215) 569-0958
**Counsel for Plaintiff in *Allanoff*
Action**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 246-6800
Facsimile: (310) 246-6779
**Counsel for Plaintiffs in *Advanced
Micro Devices* Action**

21

22

23

24

25

26

27

28

---

56674.2                              -4-

CERTIFICATE OF SERVICE

| | |
|---|---|
| Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6340<br>Facsimile: (213) 430-6407<br>**Counsel for Plaintiffs in *Advanced Micro Devices* Action** | Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19999<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden, Baran, Czysz, Ludt, Ficor* and *Cowan* Actions** |
| Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** | Fred Taylor Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** |
| Mary Jane Edelstein Fait<br>Adam J. Levitt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** | Ann Lugbill<br>2406 Auburn Avenue<br>Cincinnati, OH 45219<br>Telephone: (513) 784-1280<br>Facsimile: (513) 784-1449<br>**Counsel for Plaintiff Reeder in *Kidwell* Action** |

| | | |
|---|---|---|
| 1 | Brandon N. Voelker | Gene Summerlin |
| 2 | 28 West 5th Street<br>Covington, KY 41011 | Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place |
| 3 | Telephone: (859) 491-5551<br>**Counsel for Plaintiff Reeder in** *Kidwell* | 330 South Tenth Street<br>Lincoln, NE 68508 |
| 4 | **Action** | Telephone: (402) 434-8040<br>Facsimile: (402) 434-8044 |
| 5 | | **Counsel for Plaintiffs JWRE,**<br>**Moeller and Harms in** *Kidwell* |
| 6 | | **Action** |
| 7 | Robert J. Sharkey | Richard A. Lockridge |
| 8 | Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312 | Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P. |
| 9 | 67 West Michigan Avenue<br>Battle Creek, MI 49017 | 100 Washington Avenue South, Suite 2200 |
| 10 | Telephone: (269) 965-7000<br>Facsimile: (269) 965-0646 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 |
| 11 | **Counsel for Plaintiff Rainwater in**<br>*Rainwater* **Action** | Facsimile: (612) 339-0981<br>**Counsel for Plaintiffs Chapman and** |
| 12 | | **Bjork in** *Rainwater* **and** *Volden*<br>**Actions** |
| 13 | | |
| 14 | Noah Golden-Krasner<br>Law Offices of Noah Golden-Krasner | Joel Friedlander<br>James G. McMillan, III |
| 15 | 354 West Main Street<br>Madison, WI 53703 | Bouchard Margules & Friedlander, P.A. |
| 16 | Telephone: (608) 441-8924<br>Facsimile: (608) 442-9494 | 222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 |
| 17 | **Counsel for Plaintiff Yaco in**<br>*Rainwater* **Action** | Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501 |
| 18 | | **Counsel for Plaintiffs in** *Kravitz*<br>**Action** |
| 19 | Daniel Hume | Scott E. Chambers |
| 20 | David Kovel<br>Kirby McInerney & Squire LLP | Jeffrey J. Clark<br>Schmittinger & Rodriguez, P.A. |
| 21 | 830 Third Avenue<br>New York, NY 10022 | 414 South State Street<br>P.O. Box 497 |
| 22 | Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540 | Dover, DE 19903<br>Telephone: (302) 674-0140 |
| 23 | **Counsel for Plaintiffs in** *Kravitz* **Action** | Facsimile: (302) 674-1830<br>**Counsel for Plaintiffs in** *Ruccolo*, |
| 24 | | *Manyin*, *Cohn* **and** *Griffin*<br>**Actions** |

56674.2

-6-

CERTIFICATE OF SERVICE

| | |
|---|---|
| James L. Holzman<br>David W Gregory<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>Telephone: (302) 888-6509<br>Facsimile: (302) 658-8111<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden, Baran, Czysz, Ludt, Ficor, Ambruos, Paul, Law Offices of Kwai Asiedu, Fairmont, Cowan, Feitelberg, Weeth, Harr* and *Kornegay* Actions** | Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>**Counsel for Plaintiff in *Paul* Action** |
| Anthony J. Bolognese<br>Joshua Grabar<br>Bolognese & Associates, LLC<br>One Penn Center Plaza<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: (215) 814-6750<br>Facsimile: (215) 814-6764<br>**Counsel for Plaintiff in *Paul* Action** | Steven Benz<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>Telephone: (617) 371-1072<br>Facsimile: (617) 371-1037<br>**Counsel for Plaintiff in *Law Offices of Laurel Stanley* and *Cronin* Actions** |
| Jeffrey S. Goddess<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>Phone: (302) 656-4433<br>Facsimile: (215) 963-0838<br>**Counsel for Plaintiff in *Simon, Chacon* and *Cone* Actions** | Gerald J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square<br>Philadelphia, PA 19103<br>Phone: (215) 963-0600<br>Facsimile: (215) 963-0838<br>**Counsel for Plaintiff in *Simon* Action** |
| Natalie Finkelman<br>Bennett Shepard<br>Finkleman, Miller & Shah, LLC<br>35 East State Street<br>Media, PA 19603<br>Phone: (610) 891-9880<br>Facsimile: (610) 891-9883<br>**Counsel for Plaintiff in *Chacon* Action** | James E. Miller<br>Bennett Shepard<br>Finkleman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412-1311<br>Phone: (860) 526-1100<br>Facsimile: (860) 526-1120<br>**Counsel for Plaintiff in *Chacon* Action** |

| | |
|---|---|
| Ira Neil Richards<br>R. Andrew Santillo<br>Trujillo Rodriguez & Richards, LLC<br>226 W. Rittenhouse Square, The Penthouse<br>Philadelphia, PA 19103<br>Phone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>**Counsel for Plaintiff in *Chacon* Action** | Douglas P. Dehler<br>The Dehler Law Firm, S.C.<br>250 N. Sunnyslope Road, Suite 300<br>Brookfield, WI 53005<br>Phone: (262) 780-7041<br>Facsimile: (262) 780-7057<br>**Counsel for Plaintiff in *Chacon* Action** |
| Marc A. Wites<br>Wites & Kapetan, P.A.<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Phone: (954) 570-8989<br>Facsimile: (954) 354-0205<br>**Counsel for Plaintiff in *Chacon* Action** | John R. Minnino<br>J Minnino, LLC<br>475 White Horse Pike<br>Collingswood, NJ 08107-2909<br>Phone: (856) 833-0600<br>Facsimile: (856) 833-9649<br>**Counsel for Plaintiff in *Chacon* Action** |
| Tim Semelroth<br>Riccolo & Semelroth, P.C.<br>425 Second St. SE, Suite 1140<br>Cedar Rapids, IA 52401<br>Telephone: (319) 365-9200<br>Facsimile: (319) 365-1114<br>**Counsel for Plaintiff in *Volden* Action** | Charles F. Speer<br>Donnamarie Landsberg<br>104 W. 9th Street, Suite 304<br>Kansas City, MO 64105<br>Telephone: (816) 472-3560<br>Facsimile: (816) 421-2150<br>**Counsel for Plaintiff in *Volden* Action** |
| Russell M. Aoki<br>Aoki Sakamoto Grant LLP<br>One Convention Place<br>701 Pike Street, Suite 1525<br>Seattle, WA 98101<br>Telephone: (206) 624-1400<br>**Counsel for Plaintiff in *Stoltz* Action** | Donald L. Perlman<br>Robert D Liebenberg<br>Fine Kaplan AND Black, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 567-6565<br>Facsimile: (215) 568-5872<br>**Counsel for Plaintiff in *Stoltz* Action** |
| Shannon P. Cereghino<br>Ali Oromchian<br>Christine Pedigo<br>Finkelstein, Thompson & Loughran<br>601 Montgomery Street, Suite 665<br>San Francisco 94111<br>Telephone: (415) 398-8700<br>Facsimile: (415) 398-8704<br>**Counsel for Plaintiff in *Walker* Action** | Douglas G. Thompson, Jr.<br>Richard M Volin<br>Karen J Marcus<br>Finkelstein, Thompson & Loughran<br>1050 30th Street, NW<br>Washington, DC 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br>**Counsel for Plaintiffs in *Walker* and *Cowan* Actions** |

56674.2 -8-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Joseph M. Patane | Mario N. Alioto |
| | Law Offices of Joseph M. Patane | Trump, Alioto, Trump & Prescott, |
| 2 | 2280 Union Street | LLP |
| | San Francisco, CA 94123 | 2280 Union Street |
| 3 | Telephone: (415) 563-7200 | San Francisco, CA 94123 |
| | Facsimile: (415) 346-0679 | Telephone: (415) 563-7200 |
| 4 | **Counsel for Plaintiff in *Lang* Action** | Facsimile: (415) 346-0679 |
| | | **Counsel for Plaintiff in *Lang* Action** |
| 5 | | |
| 6 | Michael D. Gottsch | Robert N. Kaplan |
| | Daniel B. Scott | Richard J. Kilsheimer |
| 7 | Chimicles & Tikellis LLP | Gregory K Arenson |
| | 361 W. Lancaster Avenue | Kaplan Fox & Kilsheimer LLP |
| 8 | Haverford, PA 19041 | 805 Third Avenue, 22nd Floor |
| | Telephone: (610) 642-8500 | New York, NY 10022 |
| 9 | **Counsel for Plaintiffs in *Baran* and *Czysz* Actions** | Telephone: (212) 687-1980 |
| | | Facsimile: (212) 687-7714 |
| 10 | | **Counsel for Plaintiff in *Ambruoso* Action** |
| 11 | | |
| 12 | Marvin A. Miller | Bryan Clobes |
| | Jennifer W. Sprengel | Miller Faucher and Cafferty LLP |
| 13 | Matthew E. Van Tine | One Logan Square |
| | Miller Faucher and Cafferty LLP | Suite 1700 |
| 14 | 30 N. LaSalle Street, Suite 3200 | Philadelphia, PA 19103 |
| | Chicago, IL 60602 | Telephone: (215) 864-2800 |
| 15 | Telephone: (312) 782-4880 | **Counsel for Plaintiff in *Ludt* Action** |
| | **Counsel for Plaintiff in *Ludt* Action** | |
| 16 | Robert S. Kitchenoff | Richard J.R. Raleigh Jr. |
| | Steven A. Asher | Wilmer & Lee, P.A. |
| 17 | Mindee J. Reuben | 100 Washington Street, Suite 200 |
| | Weinstein Kitchenoff & Asher, LLC | Huntsville, AL 35801 |
| 18 | 1845 Walnut Street, Suite 1100 | Telephone: (256) 533-0202 |
| | Philadelphia, PA 19103 | Facsimile: (256) 533-0302 |
| 19 | Phone: (215) 545-7200 | **Counsel for Plaintiff(s) in *Ficor* Action** |
| | Facsimile: (215) 545-6535 | |
| 20 | **Counsel for Plaintiff in *Cone* Action** | |
| 21 | Jayne Goldstein | Dennis J. Johnson |
| | Mager, White & Goldstein, LLP | Johnson & Perkinson |
| 22 | 2825 University Drive Suite 350 | 1690 Williston Road |
| | Coral Springs, FL 33065 | South Burlington, VT 05403 |
| 23 | Telephone: (954) 341-0844 | Telephone: (802) 862-0030 |
| | Facsimile: (954) 341-0855 | Facsimile: (802) 862-0060 |
| 24 | **Counsel for Plaintiff(s) in *Ficor* Action** | **Counsel for Plaintiff(s) in *Ficor* Action** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2  -9-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Van Bunch | Nancy Freeman Gans |
| 2 | Bonnett, Fairbourn, Friedman & Balint, P.C. | Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100 |
| 3 | 57 Carriage Hill<br>Signal Mountain, TN 37377 | Boston, MA 02109<br>Telephone: (617) 369-7979 |
| 4 | Telephone: (423) 886-9736<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Facsimile: (617) 369-7980<br>**Counsel for Plaintiff(s) in *Ficor* Action** |

| | | |
|---|---|---|
| 7 | Peter G. Gruber<br>Peter G. Gruber, P.A. | Dan E. Gustafson<br>Jason S. Kilene |
| 8 | One Datran Center, Suite 910<br>9100 Dadeland Boulevard | Gustafson Gluek PLLC<br>725 Northstar East |
| 9 | Miami, FL 33156-7815<br>Telephone: (305) 670-1010 | 608 Second Ave S<br>Minneapolis, MN 55402 |
| 10 | Facsimile: (305) 670-0228<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622 |
| 11 | | **Counsel for Plaintiff(s) in *Fairmont* Action** |

| | | |
|---|---|---|
| 13 | Susan G. Kupfer<br>Karen Rosenthal | Jonathan L. Alpert<br>5920 River Terrace |
| 14 | Glancy Binkow & Goldberg LLP<br>455 Market Street, suite 1810 | Tampa, FL 33604-6526<br>Telephone: (813) 228-9612 |
| 15 | San Francisco, CA 94104<br>Telephone: (415) 972-8160 | Facsimile: (813) 228-9612<br>**Counsel for Plaintiff in *Cowan* Action** |
| 16 | Facsimile: (415) 972-8166<br>**Counsel for Plaintiff *in Law Offices of Kwai Asiedu* Action** | |

| | | |
|---|---|---|
| 18 | Arthur Salzberg<br>Arthur J. Salzberg & Associates, P.C. | Steven Kanner<br>Douglas A. Millen |
| 19 | Air Rights Center North Tower<br>4550 Montgomery Avenue Suite 601N | William H. London<br>Much Shelist Freed Denenberg Ament |
| 20 | Bethesda, MD 20814-3202<br>Telephone: (301) 913-0222 | & Rubenstein, P.C.<br>191 North Wacker Drive Suite 1800 |
| 21 | Facsimile: (301) 913-0246<br>**Counsel for Plaintiff in *Cowan* Action** | Chicago, IL 60605-1615<br>Telephone: (312) 521-2000 |
| 22 | | Facsimile: (312) 521-2100<br>**Counsel for Plaintiff in *HP Consulting Services* Action** |

56674.2 -10-

CERTIFICATE OF SERVICE

| | |
|---|---|
| Eugene A. Spector<br>Jeffrey L. Kodroff<br>Jeffret J. Corrigan<br>William G. Caldes<br>Theodore M. Lieverman<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile:  (215) 496-6611<br>**Counsel for Plaintiffs in *Manyin*, *Cohn* and *Griffin* Actions** | Steven O. Sidener<br>Joseph M. Barton<br>Gold Bennett Cera & Sidener, LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA  94105<br>Telephone:   (415) 777-2230<br>Facsimile:     (415) 777-5189<br>**Counsel for Plaintiff in *Feitelberg* Action** |
| Joseph G. Veenstra<br>Johns, Flaherty & Collins, S.C.<br>205 Fifth Avenue South<br>Suite 600<br>P.O. Box 1626<br>LaCrosse, WI  54602-1626<br>Telephone:    (608) 784-5678<br>Facsimile:      (608) 784-0557<br>**Counsel for Plaintiff in *Weeth* Action** | Joseph W. Cotchett<br>Bruce L. Simon<br>Nancy L. Fineman<br>Kelly L. Bulawsky<br>Cotchett, Pitre, Simon & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:    (650) 697-6000<br>**Counsel for Plaintiff in *Trotter-Vogel Realty* Action** |
| Chad C. Nodland<br>Chad C. Nodland, P.C.<br>109 North 4th Street<br>Suite 300<br>Bismarck, ND  58502-0640<br>Telephone: (701) 222-3030<br>**Counsel for Plaintiff in *Harr* Action** | Mark A. Griffin<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>Telephone:    (206) 623-1900<br>Facsimile:     (206) 623-3384<br>**Counsel for Plaintiff in *Kornegay* Action** |

Executed on July 28, 2005, at San Francisco, California.

Signed /s/   Robert L. Newman