```
 1  Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, CA  94111-4067
 4  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 5
    Attorneys for Defendant
 6  Intel Corporation
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11
12  MICHAEL BRAUCH, a resident of San          No. C-05-2743-MHP
    Francisco, and ANDREW MEIMES, a resident of
13  New York, on behalf of themselves and all others   STIPULATION AND [PROPOSED]
    similarly situated,                                ORDER TO CONTINUE FILING DATE
14                                                     FOR DEFENDANT'S RESPONSE TO
                Plaintiffs,                            PLAINTIFFS' COMPLAINT
15       v.
16  INTEL CORPORATION, a Delaware
    corporation,
17
                Defendant.
18
```

19       IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20  COUNSEL AS FOLLOWS:

21       Pursuant to Civil Local Rule 6-2, Plaintiffs Michael Brauch and Andrew Meimes

22  ["Plaintiffs"], and Defendant Intel Corporation hereby stipulate that Intel Corporation's response

23  to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case

24  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

25  1407 or, in the alternative, 45 days after any such motion has been denied.  The parties request

26

1  this extension of time to answer or otherwise respond because Plaintiffs have filed a petition to

2  coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, the outcome of

3  which will impact significantly the schedule of this case.

4        This is the first stipulation between the parties.  Because this litigation has just

5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

6  IT IS HEREBY STIPULATED.
DATED:  July ___, 2005

7

8                  Bingham McCutchen LLP

9

10

11              By:_____
                JOY K. FUYUNO

12               Attorneys for Defendant
                Intel Corporation

13

14

15  DATED:  July ___, 2005

16

17                  The Furth Firm LLP

18

19              By:_____

20                  ALEX C. TURAN
                Attorneys for Plaintiff

21                  Benjamin Allanoff

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21628730.1

1

2 **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4 Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above

5 captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28

6 U.S.C. Section 1407 or such time for response that the transferee Court may require for any

7 action made part of the same MDL, or, (2) 45 days after any such motion has been denied.

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9 Dated: _____, 2005

10

11                                               _____
                                              Honorable Marilyn Hall Patel
                                              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21628730.1