1     this extension of time to answer or otherwise respond because Plaintiffs have filed a petition to

2     coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, the outcome of

3     which will impact significantly the schedule of this case.

4         This is the first stipulation between the parties.  Because this litigation has just

5     begun, granting such a stipulation will not have any negative impact on the schedule of this case.

6     IT IS HEREBY STIPULATED.
        DATED: July 28, 2005

7

8                   Bingham McCutchen LLP

9

10

11                  By:_____
                        JOY K. FUYUNO
                     Attorneys for Defendant

12                      Intel Corporation

13

14

15     DATED: July 29, 2005

16

17                   The Furth Firm LLP

18

19                  By:_____
                     ALEX C. TURAN

20                      Attorneys for Plaintiff
                     Benjamin Allanoff

21

22

23