1 FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
2 THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
3 THE FURTH FIRM LLP
225 Bush Street, 15th Floor
4 San Francisco, California 94104-4249
Telephone: (415) 433-2070
5 Facsimile: (415) 982-2076

6 Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

    1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
    2. CERTIFICATE OF SERVICE.

56674.2 -1-
CERTIFICATE OF SERVICE

1   ☑   **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

5   ☐   **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

7   ☐   **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>**Counsel for Defendant Intel Corporation** | David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415)393-2000<br>Facsimile: (415) 393-2286<br>**Counsel for Defendant Intel Corporation** |
| Lee M. Gordon<br>Elaine T. Byszewski<br>Steve Berman<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Cone* Actions** | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Cone* Actions** |
| Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus*, *Baxley*, *Naigow* and *Stoltz* Actions** | Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider & Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br>**Counsel for Plaintiff in *Konieczka* and *Niehaus* Actions** |

| | |
|---|---|
| Lance A. Harke<br>Howard M. Bushman<br>Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: (305) 536-8222<br>Facsimile: (305) 536-8229<br>**Counsel for Plaintiff in *Prohias* Action** | Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br>Facsimile: (415) 788-0707<br>**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions** |
| Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions** | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>Facsimile: (651) 287-2103<br>**Counsel for Plaintiff in *Baxley* Action** |
| Eric J. Belfi<br>Murray Frank & Sailer, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>**Counsel for Plaintiff in *Baxley* Action** | Michele C. Jackson<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>**Counsel for Plaintiff in *Frazier* Action** |
| David S. Stellings<br>Jennifer Gross<br>Lieff Cabraser Heimann & Bernstein, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br>**Counsel for Plaintiff in *Frazier* Action** | Spencer Hosie<br>Bruce J. Wecker<br>Hosie McArthur LLP<br>One Market<br>Spear Street Tower, #2200<br>San Francisco, CA 94105<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br>**Counsel for Plaintiff in *Dickerson* Action** |

56674.2 -3-
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Guido Saveri | Randy R. Renick |
| 2 | R. Alexander Saveri<br>Geoffrey C. Rushing | Law Offices of Randy R. Renick<br>128 North Fair Oaks Avenue, Suite 204 |
| 3 | Cadio Zirpoli<br>Saveri & Saveri, Inc. | Pasadena, CA 91103 |
| 4 | 111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Telephone: (626) 585-9608<br>Facsimile: (626) 585-9610 |
| 5 | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813 | **Counsel for Plaintiff in *Harman Press*, *Shanghai 1930 Restaurant** |
| 6 | **Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant** | ***Partners*, and *Major League Softball* Actions** |
| 7 | ***Partners*, *Major League Softball* and *Cone* Actions** | |
| 8 | | |
| 9 | Scott R. Ames<br>Serratore Ames LLP | Steven Greenfogel<br>Meredith Cohen Greenfogel & |
| 10 | 9595 Wilshire Boulevard, Suite 201<br>Beverly Hills, CA 90212 | Skirnick, P.C.<br>22nd Floor, Architects Building |
| 11 | Telephone: (310) 205-2460<br>Facsimile: (310) 205-2464 | 117 S. 17th Street<br>Philadelphia, PA 19103 |
| 12 | **Counsel for Plaintiff in *Major League Softball* Action** | Telephone: (215) 564-5182<br>Facsimile: (215) 569-0958 |
| 13 | | **Counsel for Plaintiff in *Allanoff* Action** |
| 14 | | |
| 15 | Jesse A. Finkelstein<br>Frederick L. Cottrell, III | Charles P. Diamond<br>Linda J. Smith |
| 16 | Chad M. Shandler<br>Steven J. Fineman | O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor |
| 17 | Richards, Layton & Finger<br>One Rodney Square | Los Angeles, CA 90067<br>Telephone: (310) 246-6800 |
| 18 | P.O. Box 551<br>Wilmington, DE 19899 | Facsimile: (310) 246-6779<br>**Counsel for Plaintiffs in *Advanced** |
| 19 | Telephone: (302) 651-7500<br>Facsimile: (302) 651-7701 | ***Micro Devices* Action** |
| 20 | **Counsel for Plaintiffs in *Advanced Micro Devices* Action** | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2 -4-
CERTIFICATE OF SERVICE

Case 3:05-cv-00783-JHP Document 45-2 Filed 07/29/2006 Page 5 of 12

| | | |
|---|---|---|
| 1 | Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6340<br>Facsimile: (213) 430-6407<br>**Counsel for Plaintiffs in *Advanced Micro Devices* Action** | Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19999<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden, Baran, Czysz, Ludt, Ficor* and *Cowan* Actions** |
| | Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** | Fred Taylor Isquith<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** |
| | Mary Jane Edelstein Fait<br>Adam J. Levitt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: (312) 984-0000<br>Facsimile: (312) 984-0001<br>**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions** | Ann Lugbill<br>2406 Auburn Avenue<br>Cincinnati, OH 45219<br>Telephone: (513) 784-1280<br>Facsimile: (513) 784-1449<br>**Counsel for Plaintiff Reeder in *Kidwell* Action** |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Brandon N. Voelker<br>28 West 5th Street<br>Covington, KY 41011<br>Telephone: (859) 491-5551<br>**Counsel for Plaintiff Reeder in *Kidwell* Action** | Gene Summerlin<br>Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place<br>330 South Tenth Street<br>Lincoln, NE 68508<br>Telephone: (402) 434-8040<br>Facsimile: (402) 434-8044<br>**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action** |
| Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue<br>Battle Creek, MI 49017<br>Telephone: (269) 965-7000<br>Facsimile: (269) 965-0646<br>**Counsel for Plaintiff Rainwater in *Rainwater* Action** | Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions** |
| Noah Golden-Krasner<br>Law Offices of Noah Golden-Krasner<br>354 West Main Street<br>Madison, WI 53703<br>Telephone: (608) 441-8924<br>Facsimile: (608) 442-9494<br>**Counsel for Plaintiff Yaco in *Rainwater* Action** | Joel Friedlander<br>James G. McMillan, III<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501<br>**Counsel for Plaintiffs in *Kravitz* Action** |
| Daniel Hume<br>David Kovel<br>Kirby McInerney & Squire LLP<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br>**Counsel for Plaintiffs in *Kravitz* Action** | Scott E. Chambers<br>Jeffrey J. Clark<br>Schmittinger & Rodriguez, P.A.<br>414 South State Street<br>P.O. Box 497<br>Dover, DE 19903<br>Telephone: (302) 674-0140<br>Facsimile: (302) 674-1830<br>**Counsel for Plaintiffs in *Ruccolo*, *Manyin*, *Cohn*, *Griffin*, and *Ramos* Actions** |

| | | |
|---|---|---|
| 1 | James L. Holzman | Michael D. Hausfeld |
| | David W. Gregory | Daniel A. Small |
| 2 | Prickett, Jones & Elliott, P.A. | Brent W. Landau |
| | 1310 King Street | Cohen, Milstein, Hausfeld & Toll, |
| 3 | P.O. Box 1328 | P.L.L.C. |
| | Wilmington, DE 19899 | 1100 New York Avenue, N.W. |
| 4 | Telephone: (302) 888-6509 | Suite 500, West Tower |
| | Facsimile: (302) 658-8111 | Washington, DC 20005 |
| 5 | **Counsel for Plaintiffs Kidwell, Reeder,** | Telephone: (202) 408-4600 |
| | **Maita, JWRE, Moeller and Harms** | Facsimile: (202) 408-4699 |
| 6 | **in *Kidwell* Action; Plaintiffs** | **Counsel for Plaintiff in *Paul* Action** |
| | **Rainwater, Chapman and Yaco in** | |
| 7 | ***Rainwater* Action; and Plaintiffs in** | |
| | **V*olden, Baran, Czysz, Ludt*, *Ficor*,** | |
| 8 | ***Ambruos, Paul, Law Offices of*** | |
| | ***Kwai Asiedu, Fairmont, Cowan*,** | |
| 9 | ***Feitelberg*, *Weeth*, *Harr, Bergerson*** | |
| 10 | **and *Kornegay* Actions** | |
| 11 | | |
| | Anthony J. Bolognese | Steven Benz |
| 12 | Joshua Grabar | Kellogg, Huber, Hansen, Todd, |
| | Bolognese & Associates, LLC | Evans & Figel, P.L.L.C. |
| 13 | One Penn Center Plaza | Sumner Square |
| | 1617 JFK Boulevard, Suite 650 | 1615 M Street, NW, Suite 400 |
| 14 | Philadelphia, PA 19103 | Washington, D.C. 20036 |
| | Telephone: (215) 814-6750 | Telephone: (617) 371-1072 |
| 15 | Facsimile: (215) 814-6764 | Facsimile: (617) 371-1037 |
| | **Counsel for Plaintiff in *Paul* Action** | **Counsel for Plaintiff in *Law Offices*** |
| 16 | | ***of Laurel Stanley* and *Cronin* Actions** |
| 17 | Jeffrey S. Goddess | Gerald J. Rodos |
| | Rosenthal, Monhait, Gross & | Mark R. Rosen |
| 18 | Goddess, P.A. | Jeffrey B. Gittleman |
| | 919 Market Street, Suite 1401 | Barrack Rodos & Bacine |
| 19 | P.O. Box 1070 | 3300 Two Commerce Square |
| | Wilmington, DE 19899-1070 | Philadelphia, PA 19103 |
| 20 | Telephone: (302) 656-4433 | Telephone: (215) 963-0600 |
| | Facsimile : (215) 963-0838 | Facsimile: (215) 963-0838 |
| 21 | **Counsel for Plaintiff in *Simon, Chacon*** | **Counsel for Plaintiff in *Simon* Action** |
| | **and *Cone* Actions** | |
| 22 | | |
| 23 | | |
| | Natalie Finkelman | James E. Miller |
| 24 | Bennett Shepard | Bennett Shepard |
| | Finkleman, Miller & Shah, LLC | Finkleman, Miller & Shah, LLC |
| 25 | 35 East State Street | 65 Main Street |
| | Media, PA 19603 | Chester, CT 06412-1311 |
| 26 | Telephone: (610) 891-9880 | Telephone: (860) 526-1100 |
| | Facsimile: (610) 891-9883 | Facsimile: (860) 526-1120 |
| 27 | **Counsel for Plaintiff in *Chacon* Action** | **Counsel for Plaintiff in *Chacon*** |
| | | **Action** |
| 28 | | |

56674.2 -7-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Ira Neil Richards | |
| 2 | R. Andrew Santillo<br>Trujillo Rodriguez & Richards, LLC | Douglas P. Dehler<br>The Dehler Law Firm, S.C. |
| 3 | 226 W. Rittenhouse Square, The Penthouse | 250 N. Sunnyslope Road, Suite 300<br>Brookfield, WI 53005 |
| 4 | Philadelphia, PA 19103<br>Telephone: (215) 731-9004 | Telephone: (262) 780-7041<br>Facsimile: (262) 780-7057 |
| 5 | Facsimile: (215) 731-9044<br>**Counsel for Plaintiff in *Chacon* Action** | **Counsel for Plaintiff in *Chacon* Action** |

1  Ira Neil Richards
   R. Andrew Santillo                              Douglas P. Dehler
2  Trujillo Rodriguez & Richards, LLC              The Dehler Law Firm, S.C.
   226 W. Rittenhouse Square, The                  250 N. Sunnyslope Road, Suite 300
3  Penthouse                                       Brookfield, WI 53005
   Philadelphia, PA 19103                          Telephone: (262) 780-7041
4  Telephone: (215) 731-9004                       Facsimile: (262) 780-7057
   Facsimile: (215) 731-9044                       **Counsel for Plaintiff in *Chacon* Action**
5  **Counsel for Plaintiff in *Chacon* Action**

6

7  Marc A. Wites                                   John R. Minnino
   Wites & Kapetan, P.A.                           J Minnino, LLC
8  4400 North Federal Highway                      475 White Horse Pike
   Lighthouse Point, FL 33064                      Collingswood, NJ 08107-2909
9  Telephone: (954) 570-8989                       Telephone: (856) 833-0600
   Facsimile: (954) 354-0205                       Facsimile: (856) 833-9649
10 **Counsel for Plaintiff in *Chacon* Action**    **Counsel for Plaintiff in *Chacon* Action**

11 Tim Semelroth                                   Charles F. Speer
   Riccolo & Semelroth, P.C.                       Donnamarie Landsberg
12 425 Second St. SE, Suite 1140                   104 W. 9th Street, Suite 304
   Cedar Rapids, IA 52401                          Kansas City, MO 64105
13 Telephone: (319) 365-9200                       Telephone: (816) 472-3560
   Facsimile: (319) 365-1114                       Facsimile: (816) 421-2150
14 **Counsel for Plaintiff in *Volden* Action**    **Counsel for Plaintiff in *Volden* Action**

15

16 Russell M. Aoki                                 Donald L. Perlman
   Aoki Sakamoto Grant LLP                         Robert D. Liebenberg
17 One Convention Place                            Fine Kaplan and Black, RPC
   701 Pike Street, Suite 1525                     1835 Market Street, 28th Floor
18 Seattle, WA 98101                               Philadelphia, PA 19103
   Telephone: (206) 624-1900                       Telephone: (215) 567-6565
19 Facsimile: (206) 442-4396                       Facsimile: (215) 568-5872
   **Counsel for Plaintiff in *Stoltz* Action**   **Counsel for Plaintiff in *Stoltz* Action**

20 Shannon P. Cereghino                            Douglas G. Thompson, Jr.
   Ali Oromchian                                   Richard M. Volin
21 Christine Pedigo                                Karen J. Marcus
   Finkelstein, Thompson & Loughran                Finkelstein, Thompson & Loughran
22 601 Montgomery Street, Suite 665                1050 30th Street, NW
   San Francisco 94111                             Washington, DC 20007
23 Telephone: (415) 398-8700                       Telephone: (202) 337-8000
   Facsimile: (415) 398-8704                       Facsimile: (202) 337-8090
24 **Counsel for Plaintiff in *Walker* Action**    **Counsel for Plaintiffs in *Walker* and *Cowan* Actions**

25

26

27

28

56674.2                                    -8-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Joseph M. Patane | Mario N. Alioto |
| | Law Offices of Joseph M. Patane | Trump, Alioto, Trump & Prescott, LLP |
| 2 | 2280 Union Street | |
| | San Francisco, CA 94123 | 2280 Union Street |
| 3 | Telephone: (415) 563-7200 | San Francisco, CA 94123 |
| | Facsimile: (415) 346-0679 | Telephone: (415) 563-7200 |
| 4 | **Counsel for Plaintiff in *Lang* Action** | Facsimile: (415) 346-0679 |
| | | **Counsel for Plaintiff in *Lang* Action** |
| 5 | | |
| 6 | Michael D. Gottsch | Robert N. Kaplan |
| | Daniel B. Scott | Richard J. Kilsheimer |
| 7 | Chimicles & Tikellis LLP | Gregory K. Arenson |
| | 361 W. Lancaster Avenue | Kaplan Fox & Kilsheimer LLP |
| 8 | Haverford, PA 19041 | 805 Third Avenue, 22nd Floor |
| | Telephone: (610) 642-8500 | New York, NY 10022 |
| 9 | Facsimile: (610) 649-3633 | Telephone: (212) 687-1980 |
| | **Counsel for Plaintiffs in *Baran* and *Czysz* Actions** | Facsimile: (212) 687-7714 |
| 10 | | **Counsel for Plaintiff in *Ambruoso* Action** |
| 11 | | |
| 12 | Marvin A. Miller | Bryan Clobes |
| | Jennifer W. Sprengel | Miller Faucher and Cafferty LLP |
| 13 | Matthew E. Van Tine | One Logan Square |
| | Miller Faucher and Cafferty LLP | Suite 1700 |
| 14 | 30 N. LaSalle Street, Suite 3200 | Philadelphia, PA 19103 |
| | Chicago, IL 60602 | Telephone: (215) 864-2800 |
| 15 | Telephone: (312) 782-4880 | Facsimile: (215) 864-2810 |
| | Facsimile: (312) 782-4485 | **Counsel for Plaintiff in *Ludt* Action** |
| 16 | **Counsel for Plaintiff in *Ludt* Action** | |
| 17 | Robert S. Kitchenoff | Richard J.R. Raleigh Jr. |
| | Steven A. Asher | Wilmer & Lee, P.A. |
| 18 | Mindee J. Reuben | 100 Washington Street, Suite 200 |
| | Weinstein Kitchenoff & Asher, LLC | Huntsville, AL 35801 |
| 19 | 1845 Walnut Street, Suite 1100 | Telephone: (256) 533-0202 |
| | Philadelphia, PA 19103 | Facsimile: (256) 533-0302 |
| 20 | Telephone: (215) 545-7200 | **Counsel for Plaintiff(s) in *Ficor* Action** |
| | Facsimile: (215) 545-6535 | |
| 21 | **Counsel for Plaintiff in *Cone* Action** | |
| 22 | Jayne Goldstein | Dennis J. Johnson |
| | Mager, White & Goldstein, LLP | Johnson & Perkinson |
| 23 | 2825 University Drive, Suite 350 | 1690 Williston Road |
| | Coral Springs, FL 33065 | South Burlington, VT 05403 |
| 24 | Telephone: (954) 341-0844 | Telephone: (802) 862-0030 |
| | Facsimile: (954) 341-0855 | Facsimile: (802) 862-0060 |
| 25 | **Counsel for Plaintiff(s) in *Ficor* Action** | **Counsel for Plaintiff(s) in *Ficor* Action** |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2 -9-

CERTIFICATE OF SERVICE

| | |
|---|---|
| Van Bunch<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>57 Carriage Hill<br>Signal Mountain, TN 37377<br>Telephone: (423) 886-9736<br>Facsimile: (423) 886-9739<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109<br>Telephone: (617) 369-7979<br>Facsimile: (617) 369-7980<br>**Counsel for Plaintiff(s) in *Ficor* Action** |
| Peter G. Gruber<br>Peter G. Gruber, P.A.<br>One Datran Center, Suite 910<br>9100 Dadeland Boulevard<br>Miami, FL 33156-7815<br>Telephone: (305) 670-1010<br>Facsimile: (305) 670-0228<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Dan E. Gustafson<br>Jason S. Kilene<br>Gustafson Gluek PLLC<br>725 Northstar East<br>608 Second Ave S<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>**Counsel for Plaintiff(s) in *Fairmont* Action** |
| Susan G. Kupfer<br>Karen Rosenthal<br>Glancy Binkow & Goldberg LLP<br>455 Market Street, Suite 1810<br>San Francisco, CA 94104<br>Telephone: (415) 972-8160<br>Facsimile: (415) 972-8166<br>**Counsel for Plaintiff *in Law Offices of Kwai Asiedu* Action** | Jonathan L. Alpert<br>5920 River Terrace<br>Tampa, FL 33604-6526<br>Telephone: (813) 228-9612<br>Facsimile: (813) 228-9612<br>**Counsel for Plaintiff in *Cowan* Action** |
| Arthur Salzberg<br>Arthur J. Salzberg & Associates, P.C.<br>Air Rights Center, North Tower<br>4550 Montgomery Avenue, Suite 601N<br>Bethesda, MD 20814-3202<br>Telephone: (301) 913-0222<br>Facsimile: (301) 913-0246<br>**Counsel for Plaintiff in *Cowan* Action** | Steven Kanner<br>Douglas A. Millen<br>William H. London<br>Much Shelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60605-1615<br>Telephone: (312) 521-2000<br>Facsimile: (312) 521-2100<br>**Counsel for Plaintiff in *HP Consulting Services* Action** |

56674.2 -10-

CERTIFICATE OF SERVICE

| | |
|---|---|
| Eugene A. Spector<br>Jeffrey L. Kodroff<br>Jeffret J. Corrigan<br>William G. Caldes<br>Theodore M. Lieverman<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>**Counsel for Plaintiffs in *Manyin*, *Cohn*, *Griffin* and *Ramos* Actions** | Steven O. Sidener<br>Joseph M. Barton<br>Gold Bennett Cera & Sidener, LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>**Counsel for Plaintiff in *Feitelberg* Action** |
| Joseph G. Veenstra<br>Johns, Flaherty & Collins, S.C.<br>205 Fifth Avenue South<br>Suite 600<br>P.O. Box 1626<br>LaCrosse, WI 54602-1626<br>Telephone: (608) 784-5678<br>Facsimile: (608) 784-0557<br>**Counsel for Plaintiff in *Weeth* Action** | Joseph W. Cotchett<br>Bruce L. Simon<br>Nancy L. Fineman<br>Kelly L. Bulawsky<br>Cotchett, Pitre, Simon & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>**Counsel for Plaintiff in *Trotter-Vogel Realty* Action** |
| Chad C. Nodland<br>Chad C. Nodland, P.C.<br>109 North 4th Street<br>Suite 300<br>Bismarck, ND 58502-0640<br>Telephone: (701) 222-3030<br>Facsimile: (701) 222-3586<br>**Counsel for Plaintiff in *Harr* Action** | Mark A. Griffin<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>**Counsel for Plaintiff in *Kornegay* Action** |
| Michael L. Kirby<br>Jonathan A. Boynton<br>Post Kirby Noonan and Sweat LLP<br>One American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593<br>**Counsel for Plaintiff in *Suarez* Action** | Daniel J. Mogin<br>Lisa J. Frisella<br>Chad M. McManamy<br>The Mogin Law Firm, P.C.<br>110 Juniper Street<br>San Diego, CA 92101-1502<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>**Counsel for Plaintiff in *Suarez* Action** |

56674.2 -11-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Randy M. Weber | Samuel D. Heins |
| 2 | The Law Offices of Randy M. Weber, P.A. | Vincent J. Esades<br>Troy J. Hutchinson |
| 3 | 777 Brickell Avenue, Suite 1114<br>Miami, FL 33131 | Heins Mills & Olson, P.L.C.<br>3550 LDS Center |
| 4 | Telephone: (305) 536-3434<br>Facsimile: (305) 536-3433 | 80 South Eighth Street<br>Minneapolis, MN 55402 |
| 5 | **Counsel for Plaintiff in *Ramos* Action** | Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 |
| 6 | | **Counsel for Plaintiff in *Ramos* Action** |

Executed on July 29, 2005, at San Francisco, California.

Signed /s/   Robert L. Newman

---

56674.2         -12-

CERTIFICATE OF SERVICE