1  FREDERICK P. FURTH (No. 38438)
   MICHAEL P. LEHMANN (No. 77152)
2  THOMAS P. DOVE (No. 51921)
   ALEX C. TURAN (No. 227273)
3  THE FURTH FIRM LLP
   225 Bush Street, 15th Floor
4  San Francisco, California 94104-4249
   Telephone: (415) 433-2070
5  Facsimile: (415) 982-2076

6  Attorneys for Plaintiffs

7  (Additional Counsel are listed on Signature Page)

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  MICHAEL BRAUCH, a resident of San )  CASE NO. C:05-2743 MHP
    Francisco, and ANDREW MEIMES, a )
12  resident of New York, on behalf of ) **NOTICE OF PENDENCY OF OTHER**
    themselves and all others similarly situated, ) **ACTION OR PROCEEDING**
13                                              )
              Plaintiffs,                       )
14                                              )
         vs.                                    )
15                                              )
    INTEL CORPORATION, a Delaware              )
16  corporation,                                )
                                                )
17                                              )
              Defendant.                        )
18  _____)

57713.1
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1         Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew
2 Meimes ("Plaintiffs") identify the following cases in which substantially similar antitrust
3 law violations are alleged to have occurred due to Intel Corporation's ("Intel") use of its
4 substantial market power to unlawfully maintain its monopoly by engaging in a relentless
5 campaign to coerce customers to refrain from dealing with Advanced Micro Devices, which
6 resulted in customers paying higher prices for x86 microprocessors and left them with fewer
7 buying choices for such microprocessors.

8         Each of the following cases therefore relates to the general subject matter
9 alleged in this action.

10         1.   *Arnold v. Intel Corp.*, No. 1:05-cv-00554, filed in the United States
11       District Court for the District of Delaware on August 1, 2005. This
12       action has not been assigned to a judge as of the date of this filing.

13         2.   *Genese, et al. v. Intel Corp.*, No. 1:05-cv-00556, filed in the United
14       States District Court for the District of Delaware on August 2, 2005.
15       This action has not been assigned to a judge as of the date of this
16       filing.

17         3.   *Boeding v. Intel Corp.*, No. 1:05-cv-00557, filed in the United States
18       District Court for the District of Delaware on August 2, 2005. This
19       action has not been assigned to a judge as of the date of this filing.

20         4.   *Munson v. Intel Corp.*, No. 1:05-cv-00558, filed in the United States
21       District Court for the District of Delaware on August 2, 2005. This
22       action has not been assigned to a judge as of the date of this filing.

23         5.   *Pines v. Intel Corp.*, No. 1:05-cv-00560, filed in the United States
24       District Court for the District of Delaware on August 2, 2005. This
25       action has not been assigned to a judge as of the date of this filing.

26         On July 11, 2005, Plaintiffs filed a motion with the Judicial Panel for
27 Multidistrict Litigation, pursuant to 28 U.S.C. §1407, requesting that all pending and
28 subsequently filed actions in this and other district courts be transferred and coordinated or

1  consolidated in the Northern District of California for pretrial proceedings. A copy of that
2  motion was lodged with the clerk of court on July 11, 2005. The Plaintiffs believe that
3  coordination of the foregoing cases pursuant to 28 U.S.C. §1407 (Multi-District Litigation
4  Procedures) will avoid conflicts, conserve resources and promote an efficient determination
5  of the action.

6  Dated: August 5, 2005          Respectfully submitted,

                  By: /s/ Alex C. Turan
                     Michael P. Lehmann
                     Thomas P. Dove
                     Alex C. Turan
                     The Furth Firm, LLP
                     225 Bush Street, 15th Floor
                     San Francisco, California 94104-4249
                     Telephone: (415) 433-2070
                     Facsimile: (415) 982-2076

                     Francis O. Scarpulla (41059)
                     Law Offices Of Francis O. Scarpulla
                     44 Montgomery Street, Suite 3400
                     San Francisco, CA 94104
                     Telephone: (415) 788-7210
                     Facsimile: (415) 788-0707

                     Craig C. Corbitt (83251)
                     Zelle Hofmann Voelbel Mason & Gette, LLP
                     44 Montgomery Street, Suite 3400
                     San Francisco, CA 94104
                     Telephone: (415) 693-0700
                     Facsimile: (415) 693-0770

                     Attorneys for Plaintiffs Michael Brauch and
                     Andrew Meimes

57713.1          -3-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING