FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

☑ **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

☐ **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

Richard A. Ripley
Bingham McCutchen LLP
1120 20th Street, N.W.
Suite 800
Washington, DC 20036
Telephone: (202) 778-6150
Facsimile: (202) 778-6155
**Counsel for Defendant Intel Corporation**

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415)393-2000
Facsimile: (415) 393-2286
**Counsel for Defendant Intel Corporation**

Lee M. Gordon
Elaine T. Byszewski
Steve Berman
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus* and *Cone* Actions**

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus and Cone* Actions**

Jeffrey F. Keller
Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
**Counsel for Plaintiff in *Lipton*, *Konieczka*, *Prohias*, *Hamilton*, *Niehaus, Baxley, Naigow* and Stoltz Actions**

Jeffrey S. Goldenberg
John C. Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
**Counsel for Plaintiff in *Konieczka* and *Niehaus* Actions**

Lance A. Harke
Howard M. Bushman
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone: (305) 536-8222
Facsimile: (305) 536-8229
**Counsel for Plaintiff in *Prohias* Action**

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions**

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
**Counsel for Plaintiff in *Baxley* Action**

David S. Stellings
Jennifer Gross
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
**Counsel for Plaintiff in *Frazier* Action**

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0707
**Counsel for Plaintiff in *Brauch, Lazio Family Products, Stanley* and *Cronin* Actions**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103
**Counsel for Plaintiff in *Baxley* Action**

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
**Counsel for Plaintiff in *Frazier* Action**

Spencer Hosie
Bruce J. Wecker
Hosie McArthur LLP
One Market
Spear Street Tower, #2200
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001
**Counsel for Plaintiff in *Dickerson* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
**Counsel for Plaintiffs in *Harman Press*, *Shanghai 1930 Restaurant Partners*, *Major League Softball* and *Cone* Actions**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9608
Facsimile: (626) 585-9610
**Counsel for Plaintiff in *Harman Press*, *Shanghai 1930 Restaurant Partners*, and *Major League Softball* Actions**

Scott R. Ames
Serratore Ames LLP
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
Telephone: (310) 205-2460
Facsimile: (310) 205-2464
**Counsel for Plaintiff in *Major League Softball* Action**

Steven Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 564-5182
Facsimile: (215) 569-0958
**Counsel for Plaintiff in *Allanoff* Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7500
Facsimile: (302) 651-7701
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 246-6800
Facsimile: (310) 246-6779
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6340
Facsimile: (213) 430-6407
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone: (302) 656-2500
Facsimile: (302) 656-9053
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden, Baran, Czysz, Ludt*, *Ficor*, *Cowan* and *Genese* Actions**

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions**

Fred Taylor Isquith
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions**

Mary Jane Edelstein Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden* and *Ficor* Actions**

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone: (513) 784-1280
Facsimile: (513) 784-1449
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Case 3:05-cv-02743-MHP Document 45-29 Filed 08/05/2005 Page 6 of 12

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
Telephone: (859) 491-5551
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Gene Summerlin
Ogborn, Summerlin & Ogborn, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone: (402) 434-8040
Facsimile: (402) 434-8044
**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

Robert J. Sharkey
Vandervoort, Christ & Fisher, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone: (269) 965-7000
Facsimile: (269) 965-0646
**Counsel for Plaintiff Rainwater in *Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
**Counsel for Plaintiffs Chapman and Bjork in *Rainwater* and *Volden* Actions**

Noah Golden-Krasner
Law Offices of Noah Golden-Krasner
354 West Main Street
Madison, WI 53703
Telephone: (608) 441-8924
Facsimile: (608) 442-9494
**Counsel for Plaintiff Yaco in *Rainwater* Action**

Joel Friedlander
James G. McMillan, III
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501
**Counsel for Plaintiffs in *Kravitz* Action**

Daniel Hume
David Kovel
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
**Counsel for Plaintiffs in *Kravitz* Action**

Scott E. Chambers
Jeffrey J. Clark
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903
Telephone: (302) 674-0140
Facsimile: (302) 674-1830
**Counsel for Plaintiffs in *Ruccolo*, *Manyin*, *Cohn*, *Griffin*, *Ramos* and *Arnold* Actions**

James L. Holzman
David W. Gregory
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6509
Facsimile: (302) 658-8111
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell* Action; Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action; and Plaintiffs in V*olden, Baran, Czysz, Ludt*, *Ficor*, *Ambruos, Paul, Law Offices of Kwai Asiedu, Fairmont*, *Cowan*, *Feitelberg*, *Weeth*, *Harr, Bergerson, Kornegay*, *Boeding*, *Munson* and *Pines* Actions**

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
**Counsel for Plaintiff in *Paul* Action**

Anthony J. Bolognese
Joshua Grabar
Bolognese & Associates, LLC
One Penn Center Plaza
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764
**Counsel for Plaintiff in *Paul* Action**

Steven Benz
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (617) 371-1072
Facsimile: (617) 371-1037
**Counsel for Plaintiff in *Law Offices of Laurel Stanley* and *Cronin Actions***

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile : (215) 963-0838
**Counsel for Plaintiff in *Simon, Chacon and Cone* Actions**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack Rodos & Bacine
3300 Two Commerce Square
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
**Counsel for Plaintiff in *Simon* Action**

Natalie Finkelman
Bennett Shepard
Finkleman, Miller & Shah, LLC
35 East State Street
Media, PA 19603
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
**Counsel for Plaintiff in *Chacon* Action**

James E. Miller
Bennett Shepard
Finkleman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412-1311
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
**Counsel for Plaintiff in *Chacon* Action**

Ira Neil Richards
R. Andrew Santillo
Trujillo Rodriguez & Richards, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044
**Counsel for Plaintiff in *Chacon* Action**

Douglas P. Dehler
The Dehler Law Firm, S.C.
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005
Telephone: (262) 780-7041
Facsimile: (262) 780-7057
**Counsel for Plaintiff in *Chacon* Action**

Marc A. Wites
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205
**Counsel for Plaintiff in *Chacon* Action**

John R. Minnino
J Minnino, LLC
475 White Horse Pike
Collingswood, NJ 08107-2909
Telephone: (856) 833-0600
Facsimile: (856) 833-9649
**Counsel for Plaintiff in *Chacon* Action**

Tim Semelroth
Riccolo & Semelroth, P.C.
425 Second St. SE, Suite 1140
Cedar Rapids, IA 52401
Telephone: (319) 365-9200
Facsimile: (319) 365-1114
**Counsel for Plaintiff in *Volden* Action**

Charles F. Speer
Donnamarie Landsberg
104 W. 9th Street, Suite 304
Kansas City, MO 64105
Telephone: (816) 472-3560
Facsimile: (816) 421-2150
**Counsel for Plaintiff in *Volden* Action**

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA 98101
Telephone: (206) 624-1900
Facsimile: (206) 442-4396
**Counsel for Plaintiff in *Stoltz* Action**

Donald L. Perlman
Robert D. Liebenberg
Fine Kaplan and Black, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
**Counsel for Plaintiff in *Stoltz* Action**

Shannon P. Cereghino
Ali Oromchian
Christine Pedigo
Finkelstein, Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
**Counsel for Plaintiff in *Walker* Action**

Douglas G. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
**Counsel for Plaintiffs in *Walker* and *Cowan* Actions**

Joseph M. Patane
Law Offices of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
**Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions**

Mario N. Alioto
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
**Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions**

Michael D. Gottsch
Daniel B. Scott
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
**Counsel for Plaintiffs in *Baran* and *Czysz* Actions**

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
**Counsel for Plaintiff in *Ambruoso* Action**

Marvin A. Miller
Jennifer W. Sprengel
Matthew E. Van Tine
Miller Faucher and Cafferty LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

**Counsel for Plaintiff in *Ludt* Action**

Bryan Clobes
Miller Faucher and Cafferty LLP
One Logan Square
Suite 1700
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810
**Counsel for Plaintiff in *Ludt* Action**

Robert S. Kitchenoff
Steven A. Asher
Mindee J. Reuben
Weinstein Kitchenoff & Asher, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535
**Counsel for Plaintiff in *Cone* Action**

Richard J.R. Raleigh Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, AL 35801
Telephone: (256) 533-0202
Facsimile: (256) 533-0302
**Counsel for Plaintiff(s) in *Ficor* Action**

Jayne Goldstein
Mager, White & Goldstein, LLP
2825 University Drive, Suite 350
Coral Springs, FL 33065
Telephone: (954) 341-0844
Facsimile: (954) 341-0855
**Counsel for Plaintiff(s) in *Ficor* Action**

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060
**Counsel for Plaintiff(s) in *Ficor* Action**

Case 1:05-cv-00273-JJF Document 45-29 Filed 08/05/2005 Page 10 of 12

Van Bunch
Bonnett, Fairbourn, Friedman & Balint, P.C.
57 Carriage Hill
Signal Mountain, TN 37377
Telephone: (423) 886-9736
Facsimile: (423) 886-9739
**Counsel for Plaintiff(s) in *Ficor* Action**

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979
Facsimile: (617) 369-7980
**Counsel for Plaintiff(s) in *Ficor* Action**

Peter G. Gruber
Peter G. Gruber, P.A.
One Datran Center, Suite 910
9100 Dadeland Boulevard
Miami, FL 33156-7815
Telephone: (305) 670-1010
Facsimile: (305) 670-0228
**Counsel for Plaintiff(s) in *Ficor* Action**

Dan E. Gustafson
Jason S. Kilene
Gustafson Gluek PLLC
725 Northstar East
608 Second Ave S
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
**Counsel for Plaintiff(s) in *Fairmont* Action**

Susan G. Kupfer
Karen Rosenthal
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94104
Telephone: (415) 972-8160
Facsimile: (415) 972-8166
**Counsel for Plaintiff *in Law Offices of Kwai Asiedu* Action**

Jonathan L. Alpert
5920 River Terrace
Tampa, FL 33604-6526
Telephone: (813) 228-9612
Facsimile: (813) 228-9612
**Counsel for Plaintiff in *Cowan* Action**

Arthur Salzberg
Arthur J. Salzberg & Associates, P.C.
Air Rights Center, North Tower
4550 Montgomery Avenue, Suite 601N
Bethesda, MD 20814-3202
Telephone: (301) 913-0222
Facsimile: (301) 913-0246
**Counsel for Plaintiff in *Cowan* Action**

Steven Kanner
Douglas A. Millen
William H. London
Much Shelist Freed Denenberg Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60605-1615
Telephone: (312) 521-2000
Facsimile: (312) 521-2100
**Counsel for Plaintiffs in *HP Consulting Services* and *Boeding* Actions**

Eugene A. Spector
Jeffrey L. Kodroff
Jeffret J. Corrigan
William G. Caldes
Theodore M. Lieverman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**Counsel for Plaintiffs in *Manyin*, *Cohn*, *Griffin*, *Ramos* and *Arnold* Actions**

Steven O. Sidener
Joseph M. Barton
Gold Bennett Cera & Sidener, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
**Counsel for Plaintiff in *Feitelberg* Action**

Joseph G. Veenstra
Johns, Flaherty & Collins, S.C.
205 Fifth Avenue South
Suite 600
P.O. Box 1626
LaCrosse, WI 54602-1626
Telephone: (608) 784-5678
Facsimile: (608) 784-0557
**Counsel for Plaintiff in *Weeth* Action**

Joseph W. Cotchett
Bruce L. Simon
Nancy L. Fineman
Kelly L. Bulawsky
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
**Counsel for Plaintiff in *Trotter-Vogel Realty* Action**

Chad C. Nodland
Chad C. Nodland, P.C.
109 North 4th Street
Suite 300
Bismarck, ND 58502-0640
Telephone: (701) 222-3030
Facsimile: (701) 222-3586
**Counsel for Plaintiff in *Harr* Action**

Mark A. Griffin
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
**Counsel for Plaintiff in *Kornegay* Action**

Michael L. Kirby
Jonathan A. Boynton
Post Kirby Noonan and Sweat LLP
One American Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101-3387
Telephone: (619) 231-8666
Facsimile: (619) 231-9593
**Counsel for Plaintiff in *Suarez* Action**

Daniel J. Mogin
Lisa J. Frisella
Chad M. McManamy
The Mogin Law Firm, P.C.
110 Juniper Street
San Diego, CA 92101-1502
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
**Counsel for Plaintiff in *Suarez* Action**

Randy M. Weber
The Law Offices of Randy M. Weber, P.A.
777 Brickell Avenue, Suite 1114
Miami, FL 33131
Telephone: (305) 536-3434
Facsimile: (305) 536-3433
**Counsel for Plaintiff in *Ramos* Action**

Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
Heins Mills & Olson, P.L.C.
3550 LDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**Counsel for Plaintiff in *Ramos* Action**

Hollis L. Salzman
Kellie Safar
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
**Counsel for Plaintiff in *Genese* Action**

Robert Mills
Harry Shulman
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
**Counsel for Plaintiff in *Munson* Action**

Bradford T. Yaker
Nedelman Pawlak
32000 Northwestern Highway
Suite 240
Farmington Hills, MI 48334
Telephone: (248) 855-8888
**Counsel for Plaintiff in *Pines* Action**

Executed on August 5, 2005, at San Francisco, California.

Signed /s/ Gary M. Gray