FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:   (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO.  C:05-2743 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING; and
2. CERTIFICATE OF SERVICE.

56674.2     -1-
CERTIFICATE OF SERVICE

1   ☑  **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

  ☐  **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery.

  ☐  **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date.

| | |
|---|---|
| Richard A. Ripley<br>Bingham McCutchen LLP<br>1120 20th Street, N.W.<br>   Suite 800<br>   Washington, DC 20036<br>   Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155<br>**Counsel for Defendant Intel**<br>   **Corporation** | David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415)393-2000<br>Facsimile: (415) 393-2286<br>**Counsel for Defendant Intel**<br>   **Corporation** |
| Lee M. Gordon<br>Elaine T. Byszewski<br>Steve Berman<br>Hagens Berman Sobol Shapiro LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152<br>**Counsel for Plaintiff in *Lipton*,**<br>   ***Konieczka*, *Prohias*, *Hamilton*,**<br>   ***Niehaus* and *Cone* Actions** | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>**Counsel for Plaintiff in *Lipton*,**<br>   ***Konieczka*, *Prohias*, *Hamilton*,**<br>   ***Niehaus* and *Cone* Actions** |
| Jeffrey F. Keller<br>Kathleen R. Scanlan<br>Law Offices of Jeffrey F. Keller<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>**Counsel for Plaintiff in *Lipton*,**<br>   ***Konieczka*, *Prohias*, *Hamilton*,**<br>   ***Niehaus, Baxley, Naigow* and Stoltz**<br>   **Actions** | Jeffrey S. Goldenberg<br>John C. Murdock<br>Murdock Goldenberg Schneider &<br>   Groh, L.P.A.<br>700 Walnut Street, Suite 400<br>Cincinnati, OH 45202-2011<br>   Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br>**Counsel for Plaintiff in *Konieczka***<br>   **and *Niehaus* Actions** |

56674.2           -2-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Lance A. Harke<br>Howard M. Bushman | Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla |
| 2 | Harke & Clasby LLP<br>155 South Miami Avenue, Suite 600 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |
| 3 | Miami, FL 33130<br>Telephone: (305) 536-8222 | Telephone: (415) 788-7210<br>Facsimile: (415) 788-0707 |
| 4 | Facsimile: (305) 536-8229<br>**Counsel for Plaintiff in *Prohias* Action** | **Counsel for Plaintiff in *Brauch,*** |
| 5 | | ***Lazio Family Products, Stanley*<br>and *Cronin* Actions** |
| 6 | Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette, LLP | Mark Reinhardt<br>Garrett D. Blanchfield, Jr. |
| 7 | 44 Montgomery Street, Suite 3400 | Reinhardt Wendorf & Blanchfield<br>332 Minnesota Street, Suite E-1250 |
| 8 | San Francisco, CA 94104<br>Telephone: (415) 693-0700 | St. Paul, MN 55101<br>Telephone: (651) 287-2100 |
| 9 | Facsimile: (415) 693-0770<br>**Counsel for Plaintiff in *Brauch, Lazio*** | Facsimile: (651) 287-2103<br>**Counsel for Plaintiff in *Baxley*** |
| 10 | ***Family Products, Stanley* and<br>*Cronin* Actions** | **Action** |
| 11 | Eric J. Belfi | Michele C. Jackson |
| 12 | Murray Frank & Sailer, LLP<br>275 Madison Avenue | Lieff Cabraser Heimann & Bernstein, LLP |
| 13 | New York, NY 10016<br>Telephone: (212) 682-1818 | Embarcadero Center West<br>275 Battery Street, 30th Floor |
| 14 | Facsimile: (212) 682-1892<br>**Counsel for Plaintiff in *Baxley* Action** | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 15 | | Facsimile: (415) 956-1008<br>**Counsel for Plaintiff in *Frazier*** |
| 16 | | **Action** |
| 17 | David S. Stellings<br>Jennifer Gross | Spencer Hosie<br>Bruce J. Wecker |
| 18 | Lieff Cabraser Heimann & Bernstein, LLP | Hosie McArthur LLP<br>One Market |
| 19 | 780 Third Avenue, 48th Floor<br>New York, NY 10017-2024 | Spear Street Tower, #2200<br>San Francisco, CA 94105 |
| 20 | Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001 |
| 21 | **Counsel for Plaintiff in *Frazier* Action** | **Counsel for Plaintiff in *Dickerson*<br>Action** |
| 22 | Guido Saveri<br>R. Alexander Saveri | Randy R. Renick<br>Law Offices of Randy R. Renick |
| 23 | Geoffrey C. Rushing<br>Cadio Zirpoli | 128 North Fair Oaks Avenue, Suite 204 |
| 24 | Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700 | Pasadena, CA 91103<br>Telephone: (626) 585-9608 |
| 25 | San Francisco, CA 94111<br>Telephone: (415) 217-6810 | Facsimile: (626) 585-9610<br>**Counsel for Plaintiff in *Harman*** |
| 26 | Facsimile: (415) 217-6813<br>**Counsel for Plaintiffs in *Harman*** | ***Press*, *Shanghai 1930 Restaurant<br>Partners*, and *Major League*** |
| 27 | ***Press*, *Shanghai 1930 Restaurant<br>Partners*, *Major League Softball*** | ***Softball* Actions** |
| 28 | **and *Cone* Actions** | |

56674.2 -3-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Scott R. Ames | Steven Greenfogel |
| 2 | Serratore Ames LLP<br>9595 Wilshire Boulevard, Suite 201 | Meredith Cohen Greenfogel &<br>    Skirnick, P.C. |
| 3 | Beverly Hills, CA  90212<br>Telephone:  (310) 205-2460 | 22nd Floor, Architects Building<br>117 S. 17th Street |
| 4 | Facsimile:   (310) 205-2464<br>**Counsel for Plaintiff in *Major League*** | Philadelphia, PA  19103<br>Telephone:  (215) 564-5182 |
| 5 | ***Softball* Action** | Facsimile:   (215) 569-0958<br>**Counsel for Plaintiff in *Allanoff*** |
| 6 | | **Action** |
| 7 | Jesse A. Finkelstein<br>Frederick L. Cottrell, III | Charles P. Diamond<br>Linda J. Smith |
| 8 | Chad M. Shandler<br>Steven J. Fineman | O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor |
| 9 | Richards, Layton & Finger<br>One Rodney Square | Los Angeles, CA  90067<br>Telephone:  (310) 246-6800 |
| 10 | P.O. Box 551<br>Wilmington, DE  19899 | Facsimile:   (310) 246-6779<br>**Counsel for Plaintiffs in *Advanced*** |
| 11 | Telephone:  (302) 651-7500<br>Facsimile:   (302) 651-7701 | ***Micro Devices* Action** |
| 12 | **Counsel for Plaintiffs in *Advanced***<br>***Micro Devices* Action** | |
| 13 | Mark A. Samuels | Pamela S. Tikellis |
| 14 | O'Melveny & Myers LLP<br>400 South Hope Street | Robert J. Kriner, Jr.<br>A. Zachary Naylor |
| 15 | Los Angeles, CA  90071-2899<br>Telephone:  (213) 430-6340 | Robert R. Davis<br>Chimicles & Tikellis LLP |
| 16 | Facsimile:   (213) 430-6407<br>**Counsel for Plaintiffs in *Advanced*** | One Rodney Square<br>P.O. Box 1035 |
| 17 | ***Micro Devices* Action** | Wilmington, DE  19999<br>Telephone:  (302) 656-2500 |
| 18 | | Facsimile:   (302) 656-9053<br>**Counsel for Plaintiffs Kidwell,** |
| 19 | | **    Reeder, Maita, JWRE, Moeller**<br>**    and Harms in *Kidwell* Action;** |
| 20 | | **    Plaintiffs Rainwater, Chapman**<br>**    and Yaco in *Rainwater* Action;** |
| 21 | | **    and Plaintiffs in V*olden*, *Baran*,**<br>**    *Czysz*, *Ludt*, *Ficor*, *Cowan* and** |
| 22 | | ***Genese* Actions** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2                                                                                       -4-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Francis M. Gregorek | Fred Taylor Isquith |
| 2 | Betsy C. Manifold<br>Francis A. Bottini, Jr. | Wolf Haldenstein Adler Freeman &<br>    Herz LLP |
| 3 | Rachele R. Rickert<br>Wolf Haldenstein Adler Freeman & | 270 Madison Avenue<br>New York, NY  10016 |
| 4 |     Herz LLP<br>750 B Street, Suite 2770 | Telephone:  (212) 545-4600<br>Facsimile:   (212) 545-4653 |
| 5 | San Diego, CA  92101<br>Telephone:  (619) 239-4599 | **Counsel for Plaintiffs Kidwell,<br>    Reeder, Maita, JWRE, Moeller** |
| 6 | Facsimile:   (619) 234-4599<br>**Counsel for Plaintiffs Kidwell, Reeder,** | **and Harms in *Kidwell* Action;<br>    Plaintiffs Rainwater, Chapman** |
| 7 | **    Maita, JWRE, Moeller and Harms<br>    in *Kidwell* Action; Plaintiffs** | **and Yaco in *Rainwater* Action;<br>    and Plaintiffs in V*olden* and *Ficor*** |
| 8 | **    Rainwater, Chapman and Yaco in<br>    *Rainwater* Action; and Plaintiffs in** | **Actions** |
| 9 | **    V*olden* and *Ficor* Actions** | |
| 10 | Mary Jane Edelstein Fait<br>Adam J. Levitt | Ann Lugbill<br>2406 Auburn Avenue |
| 11 | Wolf Haldenstein Adler Freeman &<br>    Herz LLP | Cincinnati, OH  45219<br>Telephone:  (513) 784-1280 |
| 12 | 55 West Monroe Street, Suite 1111<br>Chicago, IL  60603 | Facsimile:   (513) 784-1449<br>**Counsel for Plaintiff Reeder in** |
| 13 | Telephone:  (312) 984-0000<br>Facsimile:   (312) 984-0001 | ***Kidwell* Action** |
| 14 | **Counsel for Plaintiffs Kidwell, Reeder,<br>    Maita, JWRE, Moeller and Harms** | |
| 15 | **    in *Kidwell* Action; Plaintiffs<br>    Rainwater, Chapman and Yaco in** | |
| 16 | ***    Rainwater* Action; and Plaintiffs in<br>    V*olden* and *Ficor* Actions** | |
| 17 | Brandon N. Voelker | Gene Summerlin |
| 18 | 28 West 5th Street<br>Covington, KY  41011 | Ogborn, Summerlin & Ogborn, P.C.<br>210 Windsor Place |
| 19 | Telephone:  (859) 491-5551<br>**Counsel for Plaintiff Reeder in *Kidwell*** | 330 South Tenth Street<br>Lincoln, NE  68508 |
| 20 | **    Action** | Telephone:  (402) 434-8040<br>Facsimile:   (402) 434-8044 |
| 21 | | **Counsel for Plaintiffs JWRE,<br>    Moeller and Harms in *Kidwell*** |
| 22 | | **    Action** |
| 23 | Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC | Richard A. Lockridge<br>Robert K. Shelquist |
| 24 | Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue | Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite |
| 25 | Battle Creek, MI  49017<br>Telephone:  (269) 965-7000 |     2200<br>Minneapolis, MN  55401 |
| 26 | Facsimile:   (269) 965-0646<br>**Counsel for Plaintiff Rainwater in** | Telephone:  (612) 339-6900<br>Facsimile:   (612) 339-0981 |
| 27 | ***    Rainwater* Action** | **Counsel for Plaintiffs Chapman and<br>    Bjork in *Rainwater* and *Volden*** |
| 28 | | **    Actions** |

56674.2 -5-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Noah Golden-Krasner | Joel Friedlander |
| | Law Offices of Noah Golden-Krasner | James G. McMillan, III |
| 2 | 354 West Main Street | Bouchard Margules & Friedlander, P.A. |
| | Madison, WI  53703 | |
| 3 | Telephone:  (608) 441-8924 | 222 Delaware Avenue, Suite 1400 |
| | Facsimile:  (608) 442-9494 | Wilmington, DE  19801 |
| 4 | **Counsel for Plaintiff Yaco in** | Telephone:  (302) 573-3500 |
| | ***Rainwater* Action** | Facsimile:  (302) 573-3501 |
| 5 | | **Counsel for Plaintiffs in *Kravitz*** |
| | | **Action** |
| 6 | | |
| | Daniel Hume | Scott E. Chambers |
| 7 | David Kovel | Jeffrey J. Clark |
| | Kirby McInerney & Squire LLP | Schmittinger & Rodriguez, P.A. |
| 8 | 830 Third Avenue | 414 South State Street |
| | New York, NY  10022 | P.O. Box 497 |
| 9 | Telephone:  (212) 371-6600 | Dover, DE  19903 |
| | Facsimile:  (212) 751-2540 | Telephone:  (302) 674-0140 |
| 10 | **Counsel for Plaintiffs in *Kravitz* Action** | Facsimile:  (302) 674-1830 |
| | | **Counsel for Plaintiffs in *Ruccolo*,** |
| 11 | | ***Manyin*, *Cohn*, *Griffin*, *Ramos*** |
| | | **and *Arnold* Actions** |
| 12 | | |
| | James L. Holzman | Michael D. Hausfeld |
| 13 | David W. Gregory | Daniel A. Small |
| | Prickett, Jones & Elliott, P.A. | Brent W. Landau |
| 14 | 1310 King Street | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. |
| | P.O. Box 1328 | |
| 15 | Wilmington, DE  19899 | 1100 New York Avenue, N.W. |
| | Telephone:  (302) 888-6509 | Suite 500, West Tower |
| 16 | Facsimile:  (302) 658-8111 | Washington, DC  20005 |
| | **Counsel for Plaintiffs Kidwell, Reeder,** | Telephone:  (202) 408-4600 |
| 17 | **Maita, JWRE, Moeller and Harms** | Facsimile:  (202) 408-4699 |
| | **in *Kidwell* Action; Plaintiffs** | **Counsel for Plaintiff in *Paul* Action** |
| 18 | **Rainwater, Chapman and Yaco in** | |
| | ***Rainwater* Action; and Plaintiffs in** | |
| 19 | **V*olden, Baran, Czysz, Ludt*, *Ficor*,** | |
| | ***Ambruos, Paul,  Law Offices of*** | |
| 20 | ***Kwai Asiedu, Fairmont*, *Cowan*,** | |
| | ***Feitelberg, Weeth, Harr, Bergerson,*** | |
| 21 | ***Kornegay, Boeding, Munson, Pines*,** | |
| | ***Salpeter, Roach* and *Herroeder-*** | |
| 22 | ***Perras* Actions** | |
| | | |
| 23 | Anthony J. Bolognese | Steven Benz |
| | Joshua Grabar | Kellogg, Huber, Hansen, Todd, |
| 24 | Bolognese & Associates, LLC | Evans & Figel, P.L.L.C. |
| | One Penn Center Plaza | Sumner Square |
| 25 | 1617 JFK Boulevard, Suite 650 | 1615 M Street, NW, Suite 400 |
| | Philadelphia, PA  19103 | Washington, D.C. 20036 |
| 26 | Telephone:  (215) 814-6750 | Telephone:  (617) 371-1072 |
| | Facsimile:  (215) 814-6764 | Facsimile:  (617) 371-1037 |
| 27 | **Counsel for Plaintiff in *Paul* Action** | **Counsel for Plaintiff in *Law Offices*** |
| | | ***of Laurel Stanley* and *Cronin*** |
| 28 | | ***Actions*** |

56674.2                                                          -6-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Jeffrey S. Goddess | Gerald J. Rodos |
| 2 | Rosenthal, Monhait, Gross & Goddess, P.A. | Mark R. Rosen Jeffrey B. Gittleman |
| 3 | 919 Market Street, Suite 1401 P.O. Box 1070 | Barrack Rodos & Bacine 3300 Two Commerce Square |
| 4 | Wilmington, DE 19899-1070 Telephone: (302) 656-4433 | Philadelphia, PA 19103 Telephone: (215) 963-0600 |
| 5 | Facsimile : (215) 963-0838 **Counsel for Plaintiff in *Simon, Chacon and Cone* Actions** | Facsimile: (215) 963-0838 **Counsel for Plaintiff in *Simon* Action** |
| 6 | | |
| 7 | Natalie Finkelman | James E. Miller |
| 8 | Bennett Shepard Finkleman, Miller & Shah, LLC | Bennett Shepard Finkleman, Miller & Shah, LLC |
| 9 | 35 East State Street Media, PA 19603 | 65 Main Street Chester, CT 06412-1311 |
| 10 | Telephone: (610) 891-9880 Facsimile: (610) 891-9883 | Telephone: (860) 526-1100 Facsimile: (860) 526-1120 |
| 11 | **Counsel for Plaintiff in *Chacon* Action** | **Counsel for Plaintiff in *Chacon* Action** |
| 12 | Ira Neil Richards | |
| 13 | R. Andrew Santillo Trujillo Rodriguez & Richards, LLC | Douglas P. Dehler The Dehler Law Firm, S.C. |
| 14 | 226 W. Rittenhouse Square, The Penthouse | 250 N. Sunnyslope Road, Suite 300 Brookfield, WI 53005 |
| 15 | Philadelphia, PA 19103 Telephone: (215) 731-9004 | Telephone: (262) 780-7041 Facsimile: (262) 780-7057 |
| 16 | Facsimile: (215) 731-9044 **Counsel for Plaintiff in *Chacon* Action** | **Counsel for Plaintiff in *Chacon* Action** |
| 17 | | |
| 18 | Marc A. Wites Wites & Kapetan, P.A. | John R. Minnino J Minnino, LLC |
| 19 | 4400 North Federal Highway Lighthouse Point, FL 33064 | 475 White Horse Pike Collingswood, NJ 08107-2909 |
| 20 | Telephone: (954) 570-8989 Facsimile: (954) 354-0205 | Telephone: (856) 833-0600 Facsimile: (856) 833-9649 |
| 21 | **Counsel for Plaintiff in *Chacon* Action** | **Counsel for Plaintiff in *Chacon* Action** |
| 22 | Tim Semelroth | Charles F. Speer |
| 23 | Riccolo & Semelroth, P.C. 425 Second St. SE, Suite 1140 | Donnamarie Landsberg 104 W. 9th Street, Suite 304 |
| 24 | Cedar Rapids, IA 52401 Telephone: (319) 365-9200 | Kansas City, MO 64105 Telephone: (816) 472-3560 |
| 25 | Facsimile: (319) 365-1114 **Counsel for Plaintiff in *Volden* Action** | Facsimile: (816) 421-2150 **Counsel for Plaintiff in *Volden* Action** |
| 26 | | |
| 27 | | |
| 28 | | |

56674.2 -7-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Russell M. Aoki | Donald L. Perlman |
| | Aoki Sakamoto Grant LLP | Robert D. Liebenberg |
| 2 | One Convention Place | Fine Kaplan and Black, RPC |
| | 701 Pike Street, Suite 1525 | 1835 Market Street, 28th Floor |
| 3 | Seattle, WA 98101 | Philadelphia, PA 19103 |
| | Telephone: (206) 624-1900 | Telephone: (215) 567-6565 |
| 4 | Facsimile: (206) 442-4396 | Facsimile: (215) 568-5872 |
| | **Counsel for Plaintiff in *Stoltz* Action** | **Counsel for Plaintiff in *Stoltz* Action** |
| 5 | | |
| | Shannon P. Cereghino | Douglas G. Thompson, Jr. |
| 6 | Ali Oromchian | Richard M. Volin |
| | Christine Pedigo | Karen J. Marcus |
| 7 | Finkelstein, Thompson & Loughran | Finkelstein, Thompson & Loughran |
| | 601 Montgomery Street, Suite 665 | 1050 30th Street, NW |
| 8 | San Francisco 94111 | Washington, DC 20007 |
| | Telephone: (415) 398-8700 | Telephone: (202) 337-8000 |
| 9 | Facsimile: (415) 398-8704 | Facsimile: (202) 337-8090 |
| | **Counsel for Plaintiff in *Walker* Action** | **Counsel for Plaintiffs in *Walker* and *Cowan* Actions** |
| 10 | | |
| 11 | Joseph M. Patane | Mario N. Alioto |
| | Law Offices of Joseph M. Patane | Trump, Alioto, Trump & Prescott, LLP |
| 12 | 2280 Union Street | |
| | San Francisco, CA 94123 | 2280 Union Street |
| 13 | Telephone: (415) 563-7200 | San Francisco, CA 94123 |
| | Facsimile: (415) 346-0679 | Telephone: (415) 563-7200 |
| 14 | **Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions** | Facsimile: (415) 346-0679 |
| | | **Counsel for Plaintiffs in *Lang* and *Juskiewicz* Actions** |
| 15 | | |
| 16 | | |
| | Michael D. Gottsch | Robert N. Kaplan |
| 17 | Daniel B. Scott | Richard J. Kilsheimer |
| | Chimicles & Tikellis LLP | Gregory K. Arenson |
| 18 | 361 W. Lancaster Avenue | Kaplan Fox & Kilsheimer LLP |
| | Haverford, PA 19041 | 805 Third Avenue, 22nd Floor |
| 19 | Telephone: (610) 642-8500 | New York, NY 10022 |
| | Facsimile: (610) 649-3633 | Telephone: (212) 687-1980 |
| 20 | **Counsel for Plaintiffs in *Baran* and *Czysz* Actions** | Facsimile: (212) 687-7714 |
| | | **Counsel for Plaintiff in *Ambruoso* Action** |
| 21 | | |
| 22 | Marvin A. Miller | Bryan Clobes |
| | Jennifer W. Sprengel | Miller Faucher and Cafferty LLP |
| 23 | Matthew E. Van Tine | One Logan Square |
| | Miller Faucher and Cafferty LLP | Suite 1700 |
| 24 | 30 N. LaSalle Street, Suite 3200 | Philadelphia, PA 19103 |
| | Chicago, IL 60602 | Telephone: (215) 864-2800 |
| 25 | Telephone: (312) 782-4880 | Facsimile: (215) 864-2810 |
| | Facsimile: (312) 782-4485 | **Counsel for Plaintiff in *Ludt* Action** |
| 26 | | |
| | **Counsel for Plaintiff in *Ludt* Action** | |
| 27 | | |
| 28 | | |

56674.2 -8-

CERTIFICATE OF SERVICE

| | |
|---|---|
| Robert S. Kitchenoff<br>Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 545-7200<br>Facsimile: (215) 545-6535<br>**Counsel for Plaintiff in *Cone* Action** | Richard J.R. Raleigh Jr.<br>Wilmer & Lee, P.A.<br>100 Washington Street, Suite 200<br>Huntsville, AL 35801<br>Telephone: (256) 533-0202<br>Facsimile: (256) 533-0302<br>**Counsel for Plaintiff(s) in *Ficor* Action** |
| Jayne Goldstein<br>Mager, White & Goldstein, LLP<br>2825 University Drive, Suite 350<br>Coral Springs, FL 33065<br>Telephone: (954) 341-0844<br>Facsimile: (954) 341-0855<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Dennis J. Johnson<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>Telephone: (802) 862-0030<br>Facsimile: (802) 862-0060<br>**Counsel for Plaintiff(s) in *Ficor* Action** |
| Van Bunch<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>57 Carriage Hill<br>Signal Mountain, TN 37377<br>Telephone: (423) 886-9736<br>Facsimile: (423) 886-9739<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109<br>Telephone: (617) 369-7979<br>Facsimile: (617) 369-7980<br>**Counsel for Plaintiff(s) in *Ficor* Action** |
| Peter G. Gruber<br>Peter G. Gruber, P.A.<br>One Datran Center, Suite 910<br>9100 Dadeland Boulevard<br>Miami, FL 33156-7815<br>Telephone: (305) 670-1010<br>Facsimile: (305) 670-0228<br>**Counsel for Plaintiff(s) in *Ficor* Action** | Dan E. Gustafson<br>Jason S. Kilene<br>Gustafson Gluek PLLC<br>725 Northstar East<br>608 Second Ave S<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>**Counsel for Plaintiff(s) in *Fairmont* Action** |
| Susan G. Kupfer<br>Karen Rosenthal<br>Glancy Binkow & Goldberg LLP<br>455 Market Street, Suite 1810<br>San Francisco, CA 94104<br>Telephone: (415) 972-8160<br>Facsimile: (415) 972-8166<br>**Counsel for Plaintiff *in Law Offices of Kwai Asiedu* Action** | Jonathan L. Alpert<br>5920 River Terrace<br>Tampa, FL 33604-6526<br>Telephone: (813) 228-9612<br>Facsimile: (813) 228-9612<br>**Counsel for Plaintiff in *Cowan* Action** |

| | |
|---|---|
| Arthur Salzberg<br>Arthur J. Salzberg & Associates, P.C.<br>Air Rights Center, North Tower<br>4550 Montgomery Avenue, Suite 601N<br>Bethesda, MD 20814-3202<br>Telephone: (301) 913-0222<br>Facsimile: (301) 913-0246<br>**Counsel for Plaintiff in *Cowan* Action** | Steven Kanner<br>Douglas A. Millen<br>William H. London<br>Much Shelist Freed Denenberg Ament<br>  &amp; Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60605-1615<br>Telephone: (312) 521-2000<br>Facsimile: (312) 521-2100<br>**Counsel for Plaintiffs in *HP*<br>  *Consulting Services* and *Boeding*<br>  Actions** |
| Eugene A. Spector<br>Jeffrey L. Kodroff<br>Jeffret J. Corrigan<br>William G. Caldes<br>Theodore M. Lieverman<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>**Counsel for Plaintiffs in *Manyin*,<br>  *Cohn*, *Griffin*, *Ramos* and *Arnold*<br>  Actions** | Steven O. Sidener<br>Joseph M. Barton<br>Gold Bennett Cera & Sidener, LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>**Counsel for Plaintiff in *Feitelberg*<br>  Action** |
| Joseph G. Veenstra<br>Johns, Flaherty & Collins, S.C.<br>205 Fifth Avenue South<br>Suite 600<br>P.O. Box 1626<br>LaCrosse, WI 54602-1626<br>Telephone: (608) 784-5678<br>Facsimile: (608) 784-0557<br>**Counsel for Plaintiff in *Weeth* Action** | Joseph W. Cotchett<br>Bruce L. Simon<br>Nancy L. Fineman<br>Kelly L. Bulawsky<br>Cotchett, Pitre, Simon & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>**Counsel for Plaintiff in *Trotter-Vogel<br>  Realty* Action** |
| Chad C. Nodland<br>Chad C. Nodland, P.C.<br>109 North 4th Street<br>Suite 300<br>Bismarck, ND 58502-0640<br>Telephone: (701) 222-3030<br>Facsimile: (701) 222-3586<br>**Counsel for Plaintiff in *Harr* Action** | Mark A. Griffin<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>**Counsel for Plaintiff in *Kornegay*<br>  Action** |

| | |
|---|---|
| Michael L. Kirby<br>Jonathan A. Boynton<br>Post Kirby Noonan and Sweat LLP<br>One American Plaza<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593<br>**Counsel for Plaintiff in *Suarez* Action** | Daniel J. Mogin<br>Lisa J. Frisella<br>Chad M. McManamy<br>The Mogin Law Firm, P.C.<br>110 Juniper Street<br>San Diego, CA 92101-1502<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>**Counsel for Plaintiff in *Suarez* Action** |
| Randy M. Weber<br>The Law Offices of Randy M. Weber, P.A.<br>777 Brickell Avenue, Suite 1114<br>Miami, FL 33131<br>Telephone: (305) 536-3434<br>Facsimile: (305) 536-3433<br>**Counsel for Plaintiff in *Ramos* Action** | Samuel D. Heins<br>Vincent J. Esades<br>Troy J. Hutchinson<br>Heins Mills & Olson, P.L.C.<br>3550 LDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>**Counsel for Plaintiff in *Ramos* Action** |
| Hollis L. Salzman<br>Kellie Safar<br>Goodkind Labaton Rudoff & Sucharow LLP<br>100 Park Avenue<br>New York, NY 10017-5563<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>**Counsel for Plaintiff in *Genese* Action** | Robert Mills<br>Harry Shulman<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901<br>Telephone: (415) 455-1326<br>Facsimile: (415) 455-1327<br>**Counsel for Plaintiff in *Munson* Action** |
| Bradford T. Yaker<br>Nedelman Pawlak<br>32000 Northwestern Highway<br>Suite 240<br>Farmington Hills, MI 48334<br>Telephone: (248) 855-8888<br>**Counsel for Plaintiff in *Pines* Action** | Allan Steyer<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Telephone: (415) 421-3400<br>Facsimile: (415) 421-2234<br>**Counsel for Plaintiffs in *Salpeter* and *Roach* Actions** |
| Donald Chidi Amamgbo<br>Daniel Etoh<br>Nick Agbo<br>Remigius Chibueze<br>Amamgbo & Associates, APC<br>1940 Embarcadero Cove<br>Oakland, CA 94606<br>Telephone: (510) 434-7800<br>Facsimile: (510) 434-7804<br>**Counsel for Plaintiff in *Uwakwe* Action** | Reginald Von Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br>**Counsel for Plaintiff in *Uwakwe* Action** |

56674.2 -11-

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | David Boies, III | Donald F. Drummond |
| | Ian Otto | Drummond & Associates |
| 2 | Timothy D. Battin | One California Street, Suite 300 |
| | Straus & Boies, LLP | San Francisco, CA 94111 |
| 3 | 4041 University Drive | Telephone: (415) 433-2261 |
| | Fairfax, VA 22030 | Facsimile: (415) 438-9819 |
| 4 | Telephone: (703) 764-8700 | **Counsel for Plaintiff in *Juan*,** |
| | Facsimile: (703) 764-8704 | ***Dressed to Kill Custom Draperies*,** |
| 5 | **Counsel for Plaintiffs in *Juan*, *Dressed*** | ***Kinder* and *Roach* Actions** |
| | ***to Kill Custom Draperies*, *Kinder*,** | |
| 6 | ***Rush* and *Roach* Actions** | |
| 7 | Kenneth G. Walsh | Wyatt B. Durette, Jr. |
| | Straus & Boies, LLP | Kenneth McArthur |
| 8 | 2 Depot Plaza, 2nd Floor | Durrettebradshaw, PLC |
| | Bedford Hills, NY 10507 | Main Street Center |
| 9 | Telephone: (914) 244-3200 | 600 East Main Street |
| | Facsimile: (914) 244-3260 | Twentieth Floor |
| 10 | **Counsel for Plaintiffs in *Dressed to Kill*** | Richmond, VA 23219 |
| | ***Custom Draperies* and *Kinder*** | Telephone: (804) 775-6809 |
| 11 | **Actions** | Facsimile: (804) 775-6911 |
| | | **Counsel for Plaintiffs in *Dressed to*** |
| 12 | | ***Kill Custom Draperies* and *Kinder*** |
| | | **Actions** |
| 14 | Dennis Stewart | Andrew S. Friedman |
| | Hulett Harper Stewart, LLP | Francis J. Balint, Jr. |
| 15 | 550 West C Street, Suite 1600 | Patrick J. Van Zanen |
| | San Diego, CA 92101 | Bonnett, Fairbourn, Friedman & |
| 16 | Telephone: (619) 338-1133 | Banlint, PC |
| | **Counsel for Plaintiffs in *Dressed to Kill*** | 294 North Central Avenue, Suite 1000 |
| 17 | ***Custom Draperies* and *Kinder*** | Phoenix, AZ 85012 |
| | **Actions** | Telephone: (602) 274-1100 |
| 18 | | Facsimile: (602) 274-1199 |
| | | **Counsel for Plaintiffs in *Dressed to*** |
| 19 | | ***Kill Custom Draperies* and *Kinder*** |
| | | **Actions** |
| 20 | Jeffrey A. Bartos | Roy M. Bell |
| | Jonathan Rolfe | Jason S. Hartley |
| 21 | Guerrieri, Edmond, Clayman & | Ross, Dixon & Bell LLP |
| | Bartos, PC | 550 West B Street, Suite 400 |
| 22 | 1625 Massachusetts Avenue, NW | San Diego, CA 92101 |
| | Washington, DC 20036 | Telephone: (619) 235-4040 |
| 23 | Telephone: (202) 624-7400 | rbell@rdblaw.com |
| | **Counsel for Plaintiffs in *Dressed to Kill*** | jhartley@rdblaw.com |
| 24 | ***Custom Draperies* and *Kinder*** | **Counsel for Plaintiffs in *Herroeder-*** |
| | **Actions** | ***Perras* Action** |

26  Executed on August 23, 2005, at San Francisco, California.

27  Signed /s/ Gary M. Gray

56674.2                                          -12-

CERTIFICATE OF SERVICE