FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional Counsel are listed on Signature Page)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 MHP<br><br>**AMENDMENT TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") e-filed a Notice of Pendency Of Other Action Or Proceeding ("Notice") on August 23, 2005 identifying three class-action cases pending in the District of Delaware in which substantially similar antitrust law violations by Intel Corporation are alleged to have occurred. A true and correct copy of the August 23, 2005 Notice is attached as Exhibit A. The three cases were captioned as follows: (1) *Salpeter, et al. v. Intel Corp.,* No. 1:05-cv-00575 (D. of Del.); (2) *Roach v. Intel Corp.,* No. 1:05-cv-00617 (D. of Del.); and (3) *Herroeder-Perras v. Intel Corp.,* No. 1:05-cv-00617 (D. of Del.).

58203.1
AMENDMENT TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1  Plaintiffs hereby notify the Court that the case number for the *Herroeder-Perras v. Intel Corp.* matter was incorrectly referenced as "1:05-cv-00617." The correct case number for that action is "1:05-cv-00616."

Dated: August 24, 2005                    Respectfully submitted,

By: /s/   Alex C. Turan
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, California  94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

Francis O. Scarpulla (41059)
Law Offices Of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0707

Craig C. Corbitt (83251)
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:   (415) 693-0770

Attorneys for Plaintiffs Michael Brauch and Andrew Meimes

58203.1                          -2-
AMENDMENT TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

# EXHIBIT A

1  FREDERICK P. FURTH (No. 38438)
   MICHAEL P. LEHMANN (No. 77152)
2  THOMAS P. DOVE (No. 51921)
   ALEX C. TURAN (No. 227273)
3  THE FURTH FIRM LLP
   225 Bush Street, 15th Floor
4  San Francisco, California 94104-4249
   Telephone: (415) 433-2070
5  Facsimile:  (415) 982-2076

6  Attorneys for Plaintiffs

7  (Additional Counsel are listed on Signature Page)

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | MICHAEL BRAUCH, a resident of San       ) CASE NO. C:05-2743 MHP
   | Francisco, and ANDREW MEIMES, a         )
12 | resident of New York, on behalf of      ) NOTICE OF PENDENCY OF OTHER
   | themselves and all others similarly situated, ) ACTION OR PROCEEDING
13 |                                         )
   |          Plaintiffs,                    )
14 |                                         )
   |     vs.                                 )
15 |                                         )
   | INTEL CORPORATION, a Delaware           )
16 | corporation,                            )
   |                                         )
17 |                                         )
   |          Defendant.                     )
18 |_____)

58197.1
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

|     |     |
| --- | --- |
| 1   | Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew |
| 2   | Meimes ("Plaintiffs") identify the following cases in which substantially similar antitrust |
| 3   | law violations are alleged to have occurred due to Intel Corporation's ("Intel") use of its |
| 4   | substantial market power to unlawfully maintain its monopoly by engaging in a relentless |
| 5   | campaign to coerce customers to refrain from dealing with Advanced Micro Devices, which |
| 6   | resulted in customers paying higher prices for x86 microprocessors and left them with fewer |
| 7   | buying choices for such microprocessors. |

        Each of the following cases therefore relates to the general subject matter alleged in this action.

1. *Salpeter, et al. v. Intel Corp.,* No. 1:05-cv-00575, filed in the United States District Court for the District of Delaware on August 8, 2005, and assigned to Judge Joseph J. Farnan, Jr.
2. *Roach v. Intel Corp.,* No. 1:05-cv-00617, filed in the United States District Court for the District of Delaware on August 22, 2005. This case has not been assigned to a judge as of August 23, 2005.
3. *Herroeder-Perras v. Intel Corp.,* No. 1:05-cv-00617, filed in the United States District Court for the District of Delaware on August 22, 2005. This case has not been assigned to a judge as of August 23, 2005.

        On July 11, 2005, Plaintiffs filed a motion with the Judicial Panel for Multidistrict Litigation ("Judicial Panel"), pursuant to 28 U.S.C. §1407, requesting that all pending and subsequently filed actions in this and other district courts be transferred and coordinated or consolidated in the Northern District of California for pretrial proceedings. On August 5, 2005, Plaintiffs filed a Reply Submission with the Judicial Panel withdrawing their §1407 motion and instead advocating transfer to the District of Delaware. A copy of the §1407 motion was lodged with the clerk of this Court on July 11, 2005 and a copy of the Reply Submission was lodged with the clerk of this Court on August 5, 2005. The Plaintiffs believe that coordination of the foregoing cases pursuant to 28 U.S.C. §1407

1  (Multi-District Litigation Procedures) will avoid conflicts, conserve resources and promote
2  an efficient determination of the action.
3  Dated: August 23, 2005                    Respectfully submitted,
4
5                                       By:  /s/  Alex C. Turan
                                             Michael P. Lehmann
6                                            Thomas P. Dove
                                             Alex C. Turan
7                                            The Furth Firm, LLP
                                             225 Bush Street, 15th Floor
8                                            San Francisco, California 94104-4249
                                             Telephone: (415) 433-2070
9                                            Facsimile: (415) 982-2076
10
                                             Francis O. Scarpulla (41059)
11                                           Law Offices Of Francis O. Scarpulla
                                             44 Montgomery Street, Suite 3400
12                                           San Francisco, CA 94104
                                             Telephone: (415) 788-7210
13                                           Facsimile: (415) 788-0707
14
                                             Craig C. Corbitt (83251)
15                                           Zelle Hofmann Voelbel Mason & Gette, LLP
                                             44 Montgomery Street, Suite 3400
16                                           San Francisco, CA 94104
                                             Telephone: (415) 693-0700
17                                           Facsimile: (415) 693-0770
18
                                             Attorneys for Plaintiffs Michael Brauch and
19                                           Andrew Meimes
20
21
22
23
24
25
26
27
28

58197.1                                   -3-
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING