1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California  94111-4067
4  Telephone:  (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated, | No. 05-2743 |
   | --- | --- |
   | | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
   | Plaintiffs, | |
   | v. | |
   | INTEL CORPORATION, | |
   | Defendant. | |

1   Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2   that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4   than the named parties, there is no such interest to report.

5   DATED: August 26, 2005

6       BINGHAM McCUTCHEN LLP

8   By:     /s/ *Joy K. Fuyuno*
9       Joy K. Fuyuno
    Attorneys for Defendant
10      Intel Corporation