FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02743 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES** |

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 5, 2005 as an antitrust class action against defendant Intel Corp.;

WHEREAS, in its Order entered July 5, 2005, the Court scheduled a case management conference for November 7, 2005 at 4:00 p.m.;

58753.1
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

1   WHEREAS, in its Order entered July 5, 2005, the Court scheduled the due
2   date for the Joint Case Management Statement for October 31, 2005;
3   WHEREAS, in its Order entered July 5, 2005, the Court scheduled the initial
4   disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for
5   the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for October 31, 2005;
6   WHEREAS, over 65 similar actions have been filed in various United States
7   District Courts. All those cases, including this case, are subject to motions to transfer and
8   consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL")
9   in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.
10  WHEREAS, in light of such motions before the MDL Panel and the potential
11  for transfer of this case by the MDL Panel to another district, Plaintiffs and Intel Corp. have
12  agreed that in the interests of judicial efficiency and economy, the dates currently set for the
13  (1) case management conference, (2) the Joint Case Management Statement as well as (3) all
14  Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days.
15  IT IS HEREBY STIPULATED

16  Dated: September ___, 2005    Counsel for Plaintiffs Brauch and Meimes

17                                 By: _____
18                                     MICHAEL P. LEHMANN
                                       THOMAS P. DOVE
19                                     ALEX C. TURAN
                                       THE FURTH FIRM LLP
20                                     225 Bush Street, 15th Floor
                                       San Francisco, California 94104-4249
21                                     Telephone:  (415) 433-2070
                                       Facsimile:  (415) 982-2076

22                                     FRANCIS O. SCARPULLA
                                       LAW OFFICES OF FRANCIS O.
23                                       SCARPULLA
                                       44 Montgomery Street, Suite 3400
24                                     San Francisco, CA 94104
                                       Telephone:  (415) 788-7210
25                                     Facsimile:  (415) 788-0707

26
27
28
58753.1                              -2-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

|   |   |
|---|---|
| 1 | CRAIG C. CORBITT |
|   | ZELLE HOFMANN VOELBEL MASON & |
| 2 | GETTE, LLP |
|   | 44 Montgomery Street, Suite 3400 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 693-0700 |
|   | Facsimile: (415) 693-0770 |

Dated: September 21, 2005          Counsel for defendant Intel Corporation

By: _____/s/ Joy K. Fuyuno_____
JOY K. FUYUNO
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26 Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno, attorney for defendant Intel Corporation, has concurred in this filing.

By: _____
ALEX C. TURAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September ____, 2005

By: _____
HON. MARILYN HALL PATEL
United States District Judge

58753.1                                    -3-
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES