FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional Counsel are listed on Signature Page)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C:05-2743 MHP<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civ. Local Rule 3-13, plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") identify the following cases in which substantially similar antitrust law violations are alleged to have occurred due to Intel Corporation's ("Intel") use of its substantial market power to unlawfully maintain its monopoly by engaging in a relentless campaign to coerce customers to refrain from dealing with Advanced Micro Devices, which resulted in customers paying higher prices for x86 microprocessors and left them with fewer buying choices for such microprocessors.

Each of the following cases therefore relates to the general subject matter alleged in this action.

59525.1
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1. *Damon DiMarco v. Intel Corp.,* No. 1:05-cv-00627, filed in the United States District Court for the District of Delaware on August 25, 2005, and assigned to Judge Joseph J. Farnan, Jr.

2. *Bill Richards, et al v. Intel Corp.,* No. 1:05-cv-00672, filed in the United States District Court for the District of Delaware on September 15, 2005, and assigned to Judge Joseph J. Farnan, Jr.

3. *Stuart Schupler v. Intel Corp.,* No. 1:05-cv-00674, filed in the United States District Court for the District of Delaware on September 16, 2005, and assigned to Judge Joseph J. Farnan, Jr.

4. *Robert Marshall dba Marshall Realty v. Intel Corp.,* No. 1:05-cv-00686, filed in the United States District Court for the District of Delaware on September 20, 2005, and assigned to Judge Joseph J. Farnan, Jr.

5. *David Kurzman v. Intel Corp.,* No. 1:05-cv-00710, filed in the United States District Court for the District of Delaware on September 29, 2005, and assigned to Judge Joseph J. Farnan, Jr.

6. *Nathaniel Schwartz v. Intel Corp.,* No. 05-22262, filed in the United States District Court for the Southern District of Florida on August 16, 2005.

7. *Cory Wiles v. Intel Corp.,* No. 05-2605, originally filed in Tennessee State Court, Shelby County, Memphis, Tennessee on July 15, 2005, removed by Intel Corp. to the United States District Court for the Western District of Tennessee on August 18, 2005.

8. *Andrew Armbrister, et al v. Intel Corp.,* No. 05-cv-212, filed in the United States District Court for the Eastern District of Tennessee on August 19, 2005, and assigned to Judge Green.

On July 11, 2005, Plaintiffs filed a motion with the Judicial Panel for Multidistrict Litigation ("Judicial Panel"), pursuant to 28 U.S.C. §1407, requesting that all

pending and subsequently filed actions in this and other district courts be transferred and coordinated or consolidated in the Northern District of California for pretrial proceedings. On August 5, 2005, Plaintiffs filed a Reply Submission with the Judicial Panel withdrawing their §1407 motion and instead advocating transfer to the District of Delaware. A copy of the §1407 motion was lodged with the clerk of this Court on July 11, 2005 and a copy of the Reply Submission was lodged with the clerk of this Court on August 5, 2005. The Judicial Panel heard oral arguments regarding the §1407 transfer motions on September 29, 2005 and took the matter under submission. The Plaintiffs believe that coordination of the foregoing cases pursuant to 28 U.S.C. §1407 (Multi-District Litigation Procedures) will avoid conflicts, conserve resources and promote an efficient determination of the action.

Dated: October 6, 2005                     Respectfully submitted,

By: /s/   Alex C. Turan
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, California  94104-4249
Telephone:  (415) 433-2070
Facsimile:  (415) 982-2076

Francis O. Scarpulla (41059)
Law Offices Of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:   (415) 788-0707

Craig C. Corbitt (83251)
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770

Attorneys for Plaintiffs Michael Brauch and Andrew Meimes