FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

Attorneys for Plaintiffs

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02743 MHP<br><br>**ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |

Pursuant to ADR Local Rule 3-5(b) and Civil Local Rule 16-8(b), plaintiffs Michael Brauch and Andrew Meimes and their undersigned counsel hereby certify that they have:

> (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR Internet site, *www.adr.cand.uscourts.gov*, specified on the site as necessary to comply with these Local Rules;
>
> (2) Discussed the available dispute resolution options provided by the Court and private entities; and

58695.1
ADR CERTIFICATION

   (3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: September 13, 2005  As to Plaintiff: Michael Brauch

            By: /s/ Michael Brauch
               MICHAEL BRAUCH

Dated: September 12, 2005  As to Plaintiff: Andrew Meimes

            By: /s/ Andrew Meimes
               ANDREW MEIMES

Dated: October 17, 2005  As to Counsel for Plaintiffs:

            By: /s/ Alex C. Turan
              MICHAEL P. LEHMANN
              THOMAS P. DOVE
              ALEX C. TURAN
              THE FURTH FIRM LLP
              225 Bush Street, 15th Floor
              San Francisco, California 94104-4249
              Telephone: (415) 433-2070
              Facsimile: (415) 982-2076

              FRANCIS O. SCARPULLA
              LAW OFFICES OF FRANCIS O.
               SCARPULLA
              44 Montgomery Street, Suite 3400
              San Francisco, CA 94104
              Telephone: (415) 788-7210
              Facsimile: (415) 788-0707

              CRAIG C. CORBITT
              ZELLE HOFMANN VOELBEL MASON &
               GETTE, LLP
              44 Montgomery Street, Suite 3400
              San Francisco, CA 94104
              Telephone: (415) 693-0700
              Facsimile: (415) 693-0770

              Attorneys for Plaintiffs

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b). In compliance with General Order 45, X.B., I hereby attest that Michael Brauch and Andrew Meimes, plaintiffs in this action, have concurred in this filing.

            By: /s/ Alex C. Turan
              ALEX C. TURAN

58695.1            -2-
ADR CERTIFICATION