FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:   (415) 982-2076

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>   Defendant. | CASE NO.  C-05-02743 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, Gary M. Gray, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b); and
2. CERTIFICATE OF SERVICE.

59757.1                             -1-
CERTIFICATE OF SERVICE

| | |
|---|---|
| ☑ | **By Mail:** I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. |
| ☐ | **By Express Mail**: I placed a true copy of each document listed above in a sealed envelope addressed to each person listed below on this date and affixed a pre-paid air bill, and caused the envelope to be delivered to an express service carrier for overnight delivery. |
| ☐ | **By Personal Service**: I placed a true copy of each document listed above in a sealed envelope to each person named below at the address(es) shown below and gave same to a messenger for personal delivery by 5:00 p.m. on this date. |

Richard A. Ripley
Bingham McCutchen LLP
1120 20th Street, N.W.
   Suite 800
Washington, DC 20036

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Intel Corp.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Craig C. Corbitt
Zelle Hofmann Voelbel Mason &
   Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Executed on October 17, 2005, at San Francisco, California.

Signed /s/    Gary M. Gray

59757.1

-2-

CERTIFICATE OF SERVICE