1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                         UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   MICHAEL BRAUCH, a resident of San          No. C-05-2743-MHP
     Francisco, and ANDREW MEIMES, a resident
13   of New York, on behalf of themselves and all   **STIPULATION AND [PROPOSED]**
     others similarly situated,                 **ORDER TO STAY DATES, EVENTS**
14                                               **AND DEADLINES PENDING THE**
                  Plaintiffs,                    **OUTCOME OF THE MOTION TO**
15          v.                                   **TRANSFER AND COORDINATE OR**
                                                 **CONSOLIDATE PURSUANT TO**
16   INTEL CORPORATION, a Delaware               **28 U.S.C. § 1407**
     corporation,
17
                  Defendant.
18

19

20          WHEREAS, on July 5, 2005, Plaintiffs filed the instant action in the Northern

21   District of California ("Brauch Action");

22          WHEREAS, on or about July 11, 2005, Plaintiffs moved before the Judicial Panel

23   on Multi-District Litigation ("MDL") to transfer and coordinate or consolidate for pre-trial

24   proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion");

25

26

SF/21642089.1

                                                          Case No. C 05-2743 (MHP)

        STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1       WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3 all dates, events and deadlines in the action;

4       WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5       WHEREAS, the outcome of the MDL Motion will impact significantly the

6 schedule of this case;

7       THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8 by and among counsel for Brauch Plaintiffs and counsel for Defendant Intel Corporation, that

9 any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12 applicable to this case should be stayed pending the outcome of the aforementioned MDL

13 Motion; and

14       IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15 management conference is rescheduled by the Court, the parties shall adjust the dates for any

16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18 accordingly.

19       IT IS HEREBY STIPULATED.

20 Dated: October 31, 2005           THE FURTH FIRM LLP

21                         LAW OFFICES OF FRANCIS O.
SCARPULLA

22

23                         ZELLE, HOFFMANN, VOELBEL, MASON
& GETTE LLP

24

25                         By:_____*/s/ Alex C. Turan*_____
                                Alex C. Turan

26                            Attorneys for Plaintiffs
                     Michael Brauch and Andrew Meimes

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

**1**    Dated: October 31, 2005             BINGHAM McCUTCHEN LLP

**2**

**3**                                 By:       */s/ Joy K. Fuyuno*

**4**                                             Joy K. Fuyuno
                                      Attorneys for Defendant
                                      Intel Corporation

**5**

**6**

**7**    **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES**
             **PENDING THE OUTCOME OF THE MDL MOTION**

**8**

**9**       Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

**10** Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

**11** and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

**12** management order applicable to this case are hereby stayed pending the outcome of the motion

**13** to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

**14**       Upon the determination of the MDL Motion, if it is necessary for the Court to

**15** reschedule a case management conference, the parties shall adjust the dates for any conference,

**16** disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

**17** and 26 accordingly.

**18**       The parties shall notify the Clerk of Court within 10 days of the decision on the

**19** MDL Motion.

**20** **IT IS SO ORDERED.**

**21** Dated:_____           _____

**22**                                       Honorable Marilyn H. Patel
                                   United States District Court Judge

**23**

**24**

**25**

**26**