FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

Attorneys for Plaintiffs

(Additional Counsel are listed on Signature Page)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | CIVIL ACTION NO. C-05-2743<br><br>**AMENDMENT TO COMPLAINT** |

56490.1

AMENDMENT TO COMPLAINT

Plaintiffs Michael Brauch and Andrew Meimes amend their Complaint in this action in the following manner:

Amend the title "Complaint" on the caption page of the Complaint and replace it with the title "Class Action Complaint." A corrected caption page (to replace the first page of the original complaint) is attached hereto as Exhibit A.

The effect of the amendment is to satisfy the requirements of Local Rule 3-4(a)(5).

Dated: July 7, 2005

Respectfully submitted,

By: _____
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Francis O. Scarpulla (41059)
Law Offices Of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0707

Craig C. Corbitt (83251)
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Plaintiffs Michael Brauch and Andrew Meimes

# EXHIBIT A

FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs

(Additional Counsel are listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO. C-05-2743-BZ<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

1. Plaintiffs Michael Brauch, a resident of San Francisco, and Andrew Meimes, a resident of New York (collectively "Plaintiffs"), by and through their undersigned attorneys, and for their class action complaint against Intel Corporation and its worldwide family of dominated subsidiaries, including Intel Kabushiki Kaisha (collectively "Intel"), aver on knowledge as to themselves and their own acts and on information and belief as to all other matters, as follows.

### I. NATURE OF THE ACTION

2. Intel holds a monopoly in a market critical to the nation's economy: microprocessors that run the Microsoft Windows and Linux families of operating systems (the "x86 Microprocessor Market"). While Advanced Micro Devices, Inc. and its subsidiary AMD