```
 1  Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, CA  94111-4067
 4  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 5
    Attorneys for Defendant
 6  Intel Corporation

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11
```

| | |
|---|---|
| MICHAEL BRAUCH, a resident of San Francisco, and ANDREW MEIMES, a resident of New York, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>    Defendant. | No. C-05-2743-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |

    IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

    Pursuant to Civil Local Rule 6-2, Plaintiffs Michael Brauch and Andrew Meimes ["Plaintiffs"], and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.  The parties request

this extension of time to answer or otherwise respond because Plaintiffs have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, the outcome of which will impact significantly the schedule of this case.

This is the first stipulation between the parties. Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

IT IS HEREBY STIPULATED.

DATED: July ___, 2005

Bingham McCutchen LLP

By:_____
JOY K. FUYUNO
Attorneys for Defendant
Intel Corporation

DATED: July ___, 2005

The Furth Firm LLP

By:_____
ALEX C. TURAN
Attorneys for Plaintiff
Benjamin Allanoff

|    |    |
|----|----|
| 1  |    |
| 2  | **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE** |
| 3  | IT IS HEREBY ORDERED that Defendant Intel Corporation's response to |
| 4  | Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above |
| 5  | captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 |
| 6  | U.S.C. Section 1407 or such time for response that the transferee Court may require for any |
| 7  | action made part of the same MDL, or, (2) 45 days after any such motion has been denied. |
| 8  | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 9  | Dated: _____, 2005 |
| 10 |    |
| 11 | _____<br>Honorable Marilyn Hall Patel<br>United States District Judge |